## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS ) <br> *ex rel.* LISA MADIGAN, Attorney ) <br> General of the State of Illinois, ) <br> ) <br> *Plaintiffs*, ) <br> v. ) <br> ) <br> SUBURBAN EXPRESS, INC., ) <br> ALLERTON CHARTER COACH, INC., ) <br> and DENNIS TOEPPEN, individually and ) <br> in his official capacity as owner, ) <br> ) <br> Defendants ) | No. 1: 18-cv-02861 <br><br> *(Electronic Filing)* <br><br> Honorable Andrea R. Wood |

### NOTICE OF EMERGENCY MOTION

TO:  Dennis Toeppen  
Suburban Express, Inc.  
 (via Dennis Toeppen)  
Allerton Charter Coach, Inc.  
 (via Dennis Toeppen)  
714 S. Sixth Street  
Champaign, IL 61820  
Dt17@net66.net  

James E. Long (Registered Agent)  
Chapin and Long  
411 Clarendon Ct., Suite 103  
Savoy, IL 61874  
jlong@chapinlong.com  

**PLEASE TAKE NOTICE** that, after a scheduling consultation with Judge Wood's Courtroom Deputy, I was directed to appear before the Honorable Andrea R. Wood, or any judge sitting in her stead, on **Thursday, April 26, 2018 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, in Room 1925, at the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **(1) Plaintiff's Motion for Temporary Restraining Order, (2) Plaintiff's Memorandum of Law in Support of its Motions for Temporary Restraining Order and (3) Plaintiff's Motion for Leave to File Documents Under Seal**, a copy of which was filed and previously served upon you on April 23, 2018.

LISA MADIGAN  
Attorney General of Illinois  

By: ___*/s/ Matthew V. Chimienti*___  
 One of their attorneys  

Matthew V. Chimienti (ARDC #6312531)  
Assistant Attorney General  
Special Litigation Bureau  
100 W. Randolph Street, 11th Floor  
Chicago, IL 60601  
Tel.: (312) 814-8570

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served upon:

| | |
|---|---|
| Dennis Toeppen | James E. Long (Registered Agent) |
| Suburban Express, Inc. | Chapin and Long |
|  (via Dennis Toeppen) | 411 Clarendon Ct., Suite 103 |
| Allerton Charter Coach, Inc. | Savoy, IL 61874 |
|  (via Dennis Toeppen) | jlong@chapinlong.com |
| 714 S. Sixth Street | |
| Champaign, IL 61820 | |
| Dt17@net66.net | |

**via Electronic Mail through the Court ECF system, this 23rd day of April, 2018**, from the office of the Attorney General of Illinois, 100 W. Randolph Street, 11th Floor, Chicago, IL 60601.

[✓] Under penalties as provided by law, the undersigned certifies that the statements set forth in this Certificate of Service are true and correct.

*/s/ Matthew V. Chimienti*