STATE OF ILLINOIS

)SS.

COUNTY OF Champaign

)

CASE NUMBER: 18-CV-02861

## AFFIDAVIT OF SERVICE

I, J. Anthony Willner , being first duly sworn, depose and state as follows:

I am an Investigator in the Office of the Attorney General, State of Illinois. Pursuant to 15 ILCS 205/4c investigators employed by the Attorney General have all the powers possessed by sheriffs.

I am over 21 years of age and not a party to this case.

I served the within ___ SEE ATTACHED LIST ___ and a copy of the attached _____

upon Dennis Toeppen , on the 23rd day of April , 20 18 at approximately 5:00 p.m. by:

☒ PERSONAL service was made by giving a copy of the aforementioned attached list

____ to Dennis E. Toeppen   WHITE   53   Male

Race , Age , Sex

personally at 1808 E Amber Ln Apt 109   in Urbana   Champaign County, Illinois.

☐ SUBSTITUTE service on _____ was made by handing the aforementioned

_____ to _____, a member of the same household,

(who is 13 years of age or older) _____ , _____ , _____

Race , Age , Sex

informing that person of the contents of the above cited document(s) on the ___ day of

_____, 20 ___ at the hour of _____, at _____, in

_____ , County of _____, his/her usual place of residence and by placing the

document(s) in the United States Mail on _____, with postage fully prepaid and addressed to the

Respondent's last known address.

☐ CORPORATION OR PARTNERSHIP service on _____

by leaving a copy of the _____ and of the cited document(s) with

_____, Registered Agent / Officer or Agent.

_____ # 124

Investigator

Office of the Attorney General

Subscribed and sworn to before me

this 24 day of April , 20 18 at Springfield

_____

Notary Public

OFFICIAL SEAL
**KRISTI A. VOSE**
NOTARY PUBLIC. STATE OF ILLINOIS
MY COMMISSION EXPIRES C3-12-2021

Rev. 2/18/05

**Affidavit of Service**

**Addendum**

1.  The State's Publicly-filed Complaint, plus Exhibits

2.  The State's Complaint, plus Exhibits (unredacted, provisionally filed under seal)

3.  The State's Motion for Temporary Restraining Order, plus Exhibit

3.  The State's Publicly-field Memorandum in Support of Motion for Temporary Restraining Order, plus Exhibits

4.  The State's Memorandum in Support of Motion for Temporary Restraining Order, plus Exhibits (unredacted, provisionally filed under seal)

5.  The State's Motion for Leave to File Documents Under Seal

7.  The State's Emergency Notice of Motion for Temporary Restraining Order

STATE OF ILLINOIS

)SS.                    CASE NUMBER: 18-CV-02861

COUNTY OF Champaign                )

## AFFIDAVIT OF SERVICE

I, J. Anthony Willner _____, being first duly sworn, depose and state as follows:

I am an Investigator in the Office of the Attorney General, State of Illinois. Pursuant to 15 ILCS

205/4c investigators employed by the Attorney General have all the powers possessed by sheriffs.

I am over 21 years of age and not a party to this case.

I served the within _____ SEE ATTACHED LIST _____ and a copy of the

attached _____

upon Suburban Express _____, on the __23rd__ day of April_____, 20_18_ at

approximately _4:30 p.m._ by:

☐　　PERSONAL service was made by giving a copy of the aforementioned _____

_____ to _____ _____, _____, _____

　　　　　　　　　　　　　　　　　　　Race　　　　　　Age　　　　　Sex

personally at _____ in _____ _____ County; Illinois.

☐　　SUBSTITUTE service on _____ was made by handing the aforementioned

_____ to _____, a member of the same household,

(who is 13 years of age or older) _____, _____, _____

　　　　　　　　　　　　　　　　Race　　　　　Age　　　　Sex

informing that person of the contents of the above cited document(s) on the ____ day of

_____, 20____ at the hour of _____, at _____, in

_____ , County of _____, his/her usual place of residence and by placing the

document(s) in the United States Mail on_____ , with postage fully prepaid and addressed to the

Respondent's last known address.

☒　　CORPORATION OR PARTNERSHIP service on Suburban Express _____

by leaving a copy of the Notice of Emergency Motion____ and of the cited document(s) with

James E. Long　(Chapin & Long Law)____, Registered Agent / Officer or Agent.

_____ # 124

Investigator

Office of the Attorney General

Subscribed and sworn to before me

this _24_ day of _April____ , 20_18_ at _Springfield____

_____

Notary Public

OFFICIAL SEAL
KRISTI A. VOSE
NOTARY PUBLIC. STATE OF ILLINOIS
MY COMMISSION EXPIRES 03-12-2021

Rev. 2/18/05

## Affidavit of Service

## Addendum

1. The State's Publicly-filed Complaint, plus Exhibits

2. The State's Complaint, plus Exhibits (unredacted, provisionally filed under seal)

3. The State's Motion for Temporary Restraining Order, plus Exhibit

3. The State's Publicly-field Memorandum in Support of Motion for Temporary Restraining Order, plus Exhibits

4. The State's Memorandum in Support of Motion for Temporary Restraining Order, plus Exhibits (unredacted, provisionally filed under seal)

5. The State's Motion for Leave to File Documents Under Seal

7. The State's Emergency Notice of Motion for Temporary Restraining Order

STATE OF ILLINOIS

)SS.          CASE NUMBER: 18-CV-02861

COUNTY OF Champaign          )

## AFFIDAVIT OF SERVICE

I, J. Anthony Willner_____, being first duly sworn, depose and state as follows:

I am an Investigator in the Office of the Attorney General, State of Illinois.  Pursuant to 15 ILCS

205/4c investigators employed by the Attorney General have all the powers possessed by sheriffs.

I am over 21 years of age and not a party to this case.

I served the within _____ SEE ATTACHED LIST _____ and a copy of the

attached _____

upon Allerton Charter Coach, INC._____, on the __23rd__ day of __April_____, 20_18_ at

approximately _4:30 p.m._ by:

☐    PERSONAL service was made by giving a copy of the aforementioned _____

_____ to _____ _____, _____, _____
                                              Race            Age              Sex

personally at _____ in _____ _____ County, Illinois.

☐    SUBSTITUTE service on _____ was made by handing the aforementioned

_____ to _____, a member of the same household,

(who is 13 years of age or older) _____, _____, _____
                                              Race              Age            Sex

informing that person of the contents of the above cited document(s) on the ____ day of

_____, 20____ at the hour of _____, at _____, in

_____ , County of _____, his/her usual place of residence and by placing the

document(s) in the United States Mail on_____ , with postage fully prepaid and addressed to the

Respondent's last known address.

☒    CORPORATION OR PARTNERSHIP service on Allerton Charter Coach, INC._____

by leaving a copy of the Notice of Emergency Motion_____ and of the cited document(s) with

James E. Long  (Chapin & Long Law)_____, Registered Agent / Officer or Agent.

_____ # 124
Investigator

Office of the Attorney General

Subscribed and sworn to before me

this _24_ day of _April_____, 20_18_ at _Springfield_____

_____
Notary Public

OFFICIAL SEAL
KRISTI A. VOSE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 03-12-2021

Rev. 2/18/05

**Affidavit of Service**

**Addendum**

1. The State's Publicly-filed Complaint, plus Exhibits

2. The State's Complaint, plus Exhibits (unredacted, provisionally filed under seal)

3. The State's Motion for Temporary Restraining Order, plus Exhibit

3. The State's Publicly-field Memorandum in Support of Motion for Temporary Restraining Order, plus Exhibits

4. The State's Memorandum in Support of Motion for Temporary Restraining Order, plus Exhibits (unredacted, provisionally filed under seal)

5. The State's Motion for Leave to File Documents Under Seal

7. The State's Emergency Notice of Motion for Temporary Restraining Order

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

PEOPLE OF THE STATE OF ILLINOIS          )
*ex rel.* LISA MADIGAN, Attorney General )
of the State of Illinois,                )
                                         )   No.  1:18-cv-02861
        *Plaintiffs*,                )
    v.                                   )
                                         )
SUBURBAN EXPRESS, INC.,                  )
ALLERTON CHARTER COACH, INC.,            )
and DENNIS TOEPPEN, individually and     )
in his official capacity as owner,       )
                                         )
        Defendants.                  )

## NOTICE OF FILING

TO:   Dennis Toeppen                      James E. Long (Registered Agent)
        Suburban Express, Inc.          Chapin and Long
         (via Dennis Toeppen)          411 Clarendon Ct., Suite 103
        Allerton Charter Coach, Inc.     Savoy, IL 61874
         (via Dennis Toeppen)          jlong@chapinlong.com
        714 S. Sixth Street
        Champaign, IL 61820
        Dt17@net66.net

      **PLEASE TAKE NOTICE** that on April 25, 2018, the undersigned caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **(1) Affidavit of Service of Matthew Chimienti, and (2) Affidavits of Service of J. Anthony Willner**, true and correct copies of which are hereby served upon you.

                                LISA MADIGAN
                                Attorney General of Illinois

                                By:    */s/  Matthew V. Chimienti*
                                     One of their attorneys

Matthew V. Chimienti (ARDC #6312531)
Assistant Attorney General
Special Litigation Bureau
100 W. Randolph Street, 11th Floor
Chicago, IL 60601
Tel.: (312) 814-8570

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **(1) Affidavit of Service of Matthew Chimienti, and (2) Affidavits of Service of J. Anthony Willner** was served upon:

| | |
|---|---|
| Dennis Toeppen | James E. Long (Registered Agent) |
| Suburban Express, Inc. | Chapin and Long |
|  (via Dennis Toeppen) | 411 Clarendon Ct., Suite 103 |
| Allerton Charter Coach, Inc. | Savoy, IL 61874 |
|  (via Dennis Toeppen) | jlong@chapinlong.com |
| 714 S. Sixth Street | |
| Champaign, IL 61820 | |
| Dt17@net66.net | |

**via Electronic Mail, this 25th day of April, 2018**, from the
office of the Attorney General of Illinois, 100 W. Randolph Street, 11th Floor, Chicago, IL 60601.

[✓] Under penalties as provided by law, the undersigned certifies that the statements set forth in this Certificate of
    Service are true and correct.


                                    */s/  Matthew V. Chimienti*