UNITED STATES DISTRICT COURT
FOR the Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

LISA MADIGAN, )
)
Plaintiff, )
)
v. ) Case No.: 1:18-cv-02861
) Honorable Andrea R. Wood
SUBURBAN EXPRESS, INC., et al, )
)
Defendants. )

### AFFIDAVIT OF DENNIS TOEPPEN

The undersigned, DENNIS TOEPPEN, under penalties of perjury as provided by law certifies that the statements set forth in this instrument are true and correct.

1. I am an adult of the age of majority and am under no legal disability.
2. I am a resident of Champaign County, Illinois.
3. I am the president of Suburban Express, Inc. and Allerton Charter Coach, Inc.
4. I hereby certify on behalf of all Defendants in this matter that all Defendants are in substantial compliance with the terms of the temporary restraining order entered in this matter and continued by agreement of the parties.

Dated: 6/4/18

_____
Dennis Toeppen