UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS *ex rel.* LISA MADIGAN, Attorney General of the State of Illinois, | ) ) ) ) | No. 1:18-cv-2861 |
| *Plaintiff,* | ) ) | Judge Andrea R. Wood |
| v. | ) ) ) | |
| SUBURBAN EXPRESS, INC.; ALLERTON CHARTER COACH, INC.; and DENNIS TOEPPEN, individually and in his official capacity as owner. | ) ) ) ) ) | |
| *Defendants.* | ) | |

## UNOPPOSED MOTION FOR AGREED CONFIDENTIALITY ORDER

Plaintiff, the People of the State of Illinois (the "State") hereby moves this Court for entry of an Agreed Confidentiality Order pursuant to Supreme Court Rule 26(c). In support of its motion, Plaintiff states as follows:

1. The State and Defendants Suburban Express, Inc., Allerton Charter Coach, Inc., and Dennis Toeppen ("Defendants") continue to engage in discussions aimed at resolution of this matter.

2. In order to facilitate those discussions, the Defendants have agreed to produce certain financial documents and information. Because of the sensitive nature of the information to be produced by Defendants, entry of a confidentiality order is appropriate.

3. The State has conferred with counsel for the Defendants, who has

1

confirmed that the Defendants have no objection to the entry of such an order, nor any objection to this motion.

    4.    A proposed agreed confidentiality order, in the format suggested by Local Rule 26.2, is attached as Exhibit A to this motion.

    WHEREFORE, the State respectfully requests that the Court enter an Agreed Confidentiality Order in the format proposed by Exhibit A to this motion. The State further requests such other relief that this Court deems just and equitable.

June 7, 2018                    Respectfully Submitted,

                                          PEOPLE OF THE STATE OF ILLINOIS,
                                          by LISA MADIGAN
                                          ATTORNEY GENERAL OF ILLINOIS


                               By:    */s/ Matthew V. Chimienti*
                                          Assistant Attorney General
                                          Special Litigation Bureau

LISA MADIGAN
Attorney General of Illinois

Jeanne Witherspoon (ARDC #6194219)
Matthew V. Chimienti (ARDC #6312531)
Elizabeth M. Hady (ARDC #6316542)
Alison V. Hill (ARDC #6327029)
Jeff VanDam (ARDC #6314182)
Thomas J. Verticchio (ARDC #6190501)
Assistant Attorneys General
Civil Rights & Special Litigation Bureaus
100 W. Randolph Street, 11th floor
Chicago, IL 60601
Tel.: (312) 814-1188
*jwitherspoon@atg.state.il.us*
*mchimienti@atg.state.il.us*
*ehady@atg.state.il.us*
*ahill@atg.state.il.us*
*jvandam@atg.state.il.us*
*tverticchio@atg.state.il.us*

**CERTIFICATE OF SERVICE**

I, Matthew V. Chimienti, an attorney, certify that on June 7, 2018 I caused the foregoing **Unopposed Motion for Agreed Confidentiality Order** to be electronically filed via the Court's CM/ECF system and thereby served on all counsel of record.

/s/ Matthew V. Chimienti
Assistant Attorney General