UNITED STATES DISTRICT COURT
FOR the Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS *ex rel.* LISA MADIGAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUBURBAN EXPRESS, INC., et al, )<br>)<br>Defendants. ) | Case No.: 1:18-cv-02861<br>Honorable Andrea R. Wood |

## SUPPLEMENTAL AFFIDAVIT OF DENNIS TOEPPEN

The undersigned, DENNIS TOEPPEN, under penalties of perjury as provided by law certifies that the statements set forth in this instrument are true and correct:

1. I am an adult of the age of majority and am under no legal disability.
2. I am a resident of Champaign County, Illinois.
3. I am the president of Suburban Express, Inc. and Allerton Charter Coach, Inc.
4. Defendant Suburban Express, Inc. and its employees, agents, servants, officers, attorneys, and all other person who are in active concert or participation with them ("Suburban Express") are in substantial compliance with the terms of the Agreed Order entered in this matter and continued by agreement of the parties. Suburban Express has complied with the terms of the Agreed Order through the following actions:
5. As required by Paragraph 1 of the Agreed Order, Suburban Express ceased publishing and making public the credit card numbers of Suburban Express customers within 24 hours of the entry of the Agreed Order on April 27, 2018. Specifically, six pdfs of court files related to small claims lawsuits signed by Suburban Express' attorneys were removed from an obscure and unlinked directory of our web server.
6. As required by Paragraph 2 of the Agreed Order, Suburban Express removed and deleted all Suburban Express customer credit card numbers which Suburban Express, its employees, agents, servants, officers, attorneys, and all other persons who are in active concert or participation with them, have made public in any way within 24 hours of the entry of the

Agreed Order on April 27, 2018, except as provided in Paragraph 3 of the Agreed Order. Specifically, six pdfs of court files related to small claims lawsuits signed by Suburban Express' attorneys were removed from an obscure and unlinked directory of our web server.

7. As required by Paragraph 3 of the Agreed Order, within 21 days of the entry of the Agreed Order on April 27, 2018, Suburban Express filed certain notices and motions, setting said motions for hearing in each relevant court. Suburban Express served the State with a copy of each such motion and notice of motion. The purpose of the motions was to cause credit card numbers which attorneys inadvertently left unredacted in court files to be redacted by the courts.

8. As required by Paragraph 5 of the Agreed Order, Suburban Express notified all Suburban Express customers whose credit card numbers have been included, unredacted, in court filings. These notices were mailed within 21 days of the entry of the Agreed Order on April 27, 2018. Specifically, customers whose court files inadvertently contained credit card numbers were notified of hearings pertaining to redaction of their court files.

9. As required by Paragraph 6 of the Agreed Order, Suburban Express has ceased utilizing the following contract term: "Online disparagement will not resolve any problem you may have, and it may lead us to refuse your future business. If we refuse your future business, you will receive no advance notice. Driver will simply turn you away at the bus." Suburban Express did not replace this term with one of similar import or any similar language.

10. As required by Paragraph 7 of the Agreed Order, Suburban Express has not retaliated against Suburban Express customers for online reviews of Suburban Express, including but not limited to banning a customer from using Suburban Express solely because of the customer's online review. In addition, Suburban Express has removed pages from its website concerning specific customers and their online discussions of Suburban Express.

11. As required by Paragraph 8 of the Agreed Order, Suburban Express filed an affidavit on June 5 as well as this affidavit demonstrating compliance with the terms of the Agreed Order.

Dated: 6/5/18

Dennis Toeppen