UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS *ex rel.* LISA MADIGAN, Attorney General of the State of Illinois,<br><br>    *Plaintiff*,<br><br>v.<br><br>SUBURBAN EXPRESS, INC.; ALLERTON CHARTER COACH, INC.; and DENNIS TOEPPEN, individually and in his official capacity as owner,<br><br>    *Defendants*. | No. 1:18-cv-2861<br><br>Judge Andrea R. Wood |

**JOINT MOTION FOR EXTENSION OF AGREED TEMPORARY RESTRAINING ORDER AND UNOPPOSED MOTION FOR EXTENSION OF DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff, the People of the State of Illinois *ex rel.* Lisa Madigan, Attorney General of the State of Illinois ("the State"), and Defendants Suburban Express, Inc., Allerton Charter Coach, Inc., and Dennis Toeppen ("Defendants") (collectively "the Parties") jointly move this honorable Court pursuant to Federal Rule of Civil Procedure 65(b)(2) for an extension of the April 27, 2018 Agreed Temporary Restraining order (TRO) for an additional 28 days, to July 20, 2018. In addition, the Defendants move for an extension of time to answer or otherwise plead in response to the State's Complaint for 28 days, to July 24, 2018.

In support of this joint motion, the Parties state as follows:

1. The State filed a Complaint against Defendants on April 23, 2018 and a motion for TRO against Defendant Suburban Express, Inc. ("Suburban Express") on the same date.

2. On April 27, 2018, the Court entered the TRO against Suburban Express, which provisions were to remain in effect until May 25, 2018 (the "TRO"). Upon the parties' joint motion, the Court later extended the TRO's terms through June 22, 2018 (Dkt. 29).

3. Defendants filed their appearances on May 8, 2018. Defendants' response to the Complaint was due on or before May 29, 2018. Upon the parties' joint motion, the Court extended the defendants' response date to June 26, 2018 (Dkt. 29).

4. In addition, the Parties have begun discussions about the potential resolution of this dispute and since the Court's May 22, 2018 extension order, the defendants have produced documents in furtherance of the parties' settlement discussion. Defendants, including Suburban Express, consent to a further extension of the TRO for 28 days until July 20, 2018. The State has no objection to a further extension of Defendants' time to file their response to the State's Complaint until on or before July 24, 2018.

5. This motion is brought for good cause and not for purposes of delay.

WHEREFORE, the Parties respectfully request that the Court:

    a. Order that the TRO will remain in effect until July 20, 2018;

    b. Order that Defendants shall file their response to the Complaint on or before July 24, 2018; and

  c. Enter any further orders that the Court deems just and appropriate.

Date: June 20, 2018            Respectfully submitted,

By: /s/ Matthew V. Chimienti       By: /s/ James E. Long

| | |
|---|---|
| LISA MADIGAN | CHAPIN & LONG, P.C. |
| *Attorney General of Illinois* | *Attorney for Defendants* |
| | |
| Jeanne Witherspoon (ARDC 6194219) | James E. Long (ARDC 6272627) |
| Matthew V. Chimienti (ARDC 6312531) | Chapin & Long, P.C. |
| Elizabeth M. Hady (ARDC 6316542) | 411 Clarendon Court, Suite 103 |
| Alison V. Hill (ARDC 6327029) | Savoy, IL 61874 |
| Jeff VanDam (ARDC 6314182) | Tel.: (217) 352-1400 |
| Thomas J. Verticchio (ARDC 6190501) | *jlong@chapinlong.com* |
| *Assistant Attorneys General* | |
| Civil Rights & Special Litigation Bureaus | |
| 100 W. Randolph Street, 11th floor | |
| Chicago, IL 60601 | |
| Tel.: (312) 814-1188 | |
| *jwitherspoon@atg.state.il.us* | |
| *mchimienti@atg.state.il.us* | |
| *ehady@atg.state.il.us* | |
| *ahill@atg.state.il.us* | |
| *jvandam@atg.state.il.us* | |
| *tverticchio@atg.state.il.us* | |

**CERTIFICATE OF SERVICE**

I, Matthew V. Chimienti, an attorney, certify that on June 20, 2018 I caused the foregoing **Motion for Extension of Agreed Temporary Restraining Order and Unopposed Motion for Extension of Defendants' Time to Respond to Plaintiff's Complaint** to be electronically filed via the Court's CM/ECF system and thereby served on all counsel of record.

/s/ Matthew V. Chimienti
Assistant Attorney General