UNITED STATES DISTRICT COURT
FOR the Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

| | |
|---|---|
| LISA MADIGAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUBURBAN EXPRESS, INC., et al, )<br>)<br>Defendants. ) | Case No.: 1:18-cv-02861<br>Honorable Andrea R. Wood |

**<u>MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT</u>**

Pursuant to Local Rule 83.17, JAMES E. LONG (Movement) hereby notifies the parties in the Court of his intent to withdraw as counsel *pro hac vice* for Defendants. Movement states the following grounds for this notice and motion:

1. This Court granted movant leave to appear *pro hac vice* in this matter pursuant to its order on May 7, 2018 order.

2. Movant and Defendants have reached an impasse regarding strategic decisions regarding the defense of this matter and how to further proceed in this litigation and pursue the defense of all Defendants against the claims raised by Plaintiff in the pleadings in this matter as a result of these disagreements, the continued representation of the Defendants by the movant will result in an unreasonable financial burden on the movant.

3. Defendants have been served with a Declaratory Judgment action by one of their insurers, Manufacturer's Alliance Company, Northern District Case 1:18-cv-04013 and another insurer, The Hartford, has denied coverage and has indicated it will be filing a declaratory judgment action relative to determine that the Hartford is not required to defend or indemnify Defendants in this case. Defendants do not have funds to pay counsel and have accumulated a substantial past due balance with movant for his work on this case.

4. Movant's withdrawal will not cause any prejudice or delay in this case.

5. Given the insubstantial nature of this motion, as well as the substantial burden to all Defendants and their counsel in traveling to and attending a hearing on this motion, movant respectfully requests that the Court waive oral argument.

6. Movant attaches the notification of party contact information as required by local rules.

THEREFORE, Movement, JAMES E. LONG, respectfully requests that this Court waive oral argument on this motion, grant him leave to withdraw as counsel *pro hac vice*, on the above captioned matter and enter an order stating that movement has so withdrawn.

SUBURBAN EXPRESS, INC., ALLERTON CHARTER COACH, INC. and DENNIS TOEPPEN, individually and in his official capacity as owner, Defendants,

CHAPIN & LONG, P.C.

BY: /s/ James E. Long_____

JAMES E. LONG (ARDC #6312531)
Chapin & Long, P.C.
411 Clarendon Court, Suite 103
Savoy, Illinois 61874
Telephone: (217) 352-1400
Facsimile: (217) 352-1401
Email: jlong@chapinlong.com

2

**PROOF OF SERVICE**

   The undersigned attorney, under penalties as provided by law pursuant to the Illinois Supreme Court Rule 12 and 735 ILCS 5/1-109, certify that I electronically filed **Motion to Withdrawal as Counsel for Defendant** with the United States District Court by using the Pacer/ECF system on the 16th day of July, 2018.

Jeffrey J. Vandam
Office of the Attorney General of Illinois
Assistant Attorney General, Civil Rights Bureau
100 W. Randolph, 11th Floor
Chicago, IL 60601

Alison V. Hill
Office of the Illinois Attorney General
100 W. Randolph
Chicago, IL 60601

Elizabeth Mary Hady
Illinois Attorney General's Office
100 W. Randolph, 11th Floor
Chicago, IL 60601

Jeanne Marie Witherspoon
Illinois Attorney General's Office
100 W. Randolph
Chicago, IL 60601

Matthew Vincent Chimienti
Illinois Attorney General
100 W. Randolph Street, 11th Floor
Chicago, IL 60601

Thomas John Verticchio
Office of the Attorney General of Illinois
100 W. Randolph
Chicago, IL 60601

   I further certify that I served a copy of the foregoing document(s) on the following parties or their counsel of record via email on the 16th day of July, 2018.

  .

                      /s/ James E. Long_____