**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Lisa Madigan

                          Plaintiff,

v.                                         Case No.: 1:18–cv–02861
                                                      Honorable Andrea R. Wood

Suburban Express, Inc., et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 19, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held. Counsel for Plaintiff appeared and Defendant Dennis Toeppen appeared pro se. Pursuant to the discussion held in open court and by agreement of the parties, in light of the uncertainty regarding Defendants' representation, the Court finds that good cause exists to extend the temporary restraining order entered 4/27/2018 (and currently due to expire on 7/20/2018) by 60 days until 9/20/2018. In addition, Defendants' time to answer or otherwise respond to the complaint is stricken until further order of Court. As stated on the record, Plaintiff's motion for preliminary injunction [40] and motion by counsel to withdraw as attorney [42][43] are entered and continued to the next status hearing. Case referred to Magistrate Judge Valdez for the purposes of a settlement conference. Status hearing set for 7/24/2018 is stricken and reset for 8/16/2018 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.