UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS *ex rel.* LISA MADIGAN, Attorney General of the State of Illinois, | ) ) ) ) No. 1:18-cv-2861 |
| *Plaintiff,* | ) ) Judge Andrea R. Wood ) Magistrate Judge Maria Valdez |
| v. | ) ) |
| SUBURBAN EXPRESS, INC.; ALLERTON CHARTER COACH, INC.; and DENNIS TOEPPEN, individually and in his official capacity as owner, | ) ) ) ) ) |
| *Defendants.* | ) |

**MOTION TO SET DEFENDANTS' COMPLAINT RESPONSE DATE AND BRIEFING SCHEDULE ON MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff, the People of the State of Illinois *ex rel.* Lisa Madigan, Attorney General of the State of Illinois ("the State"), respectfully moves this honorable Court to (1) set a date certain for defendants' response to the State's April 2018 complaint, and (2) set a briefing schedule on the State's pending motion for preliminary injunction. In support of its motion, the State states as follows:

1. At the July 19, 2018 hearing in this case, the Court (1) extended the previously entered agreed temporary restraining order (TRO) until September 20, 2018; (2) struck defendants' time to answer or otherwise respond to the complaint until further order of the Court; and (3) entered and continued the State's motion for preliminary injunction (Dkt. 40) and defendants' counsel's motion to withdraw (Dkt.

42, 43) to the next status hearing on August 16, 2018. *See* Dkt. 44. By separate order on the same date, the Court referred this case to Judge Maria Valdez for the purpose of holding a settlement conference. Dkt. 45.

2. On July 31, 2018, Judge Valdez held a status hearing in this matter. At the hearing, Judge Valdez recognized the entry of the TRO and set a settlement conference for Tuesday, August 14, 2018, at 1 P.M. At the status conference, the State agreed to that date, and to Judge Valdez's request for an expedited exchange of position letters prior to the conference. Defendant Dennis Toeppen also appeared and agreed to the August 14 settlement conference date.

3. Counsel of record for Mr. Toeppen and for the corporate entities Suburban Express, Inc. and Allerton Charter Coach, Inc. did not appear at the July 31 status hearing. On August 1, defendants' counsel informed Judge Valdez's chambers via email that he is not available for the August 14 settlement conference. Subsequently, on August 2, Judge Valdez struck the August 14 settlement conference and reset the conference for January 9, 2019. Dkt. 49.

4. Although the State has not received a counterproposal to settlement terms sent to defendants on July 9, the State remains willing to discuss settlement. At the same time, the State has an obligation to pursue this matter on behalf of Illinois citizens. Given the January 2019 settlement conference date, and in light of the impending expiration of the TRO on September 20, the State wishes to proceed with the litigation. Toward that end, setting a date certain for defendants' response

to the State's complaint and to the State's motion for preliminary injunction will serve all sides in moving this litigation forward.

WHEREFORE, the State respectfully requests that the Court:

    a.    Set a date certain for defendants to answer or otherwise respond to the State's complaint;

    b.    Set a briefing schedule on the State's motion for preliminary injunction; and

    c.    Enter any further orders that the Court deems just and appropriate.

Date: August 8, 2018

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By: */s/ Jeff VanDam*

Jeanne Witherspoon
Matthew V. Chimienti
Elizabeth M. Hady
Alison V. Hill
Jeff VanDam
Thomas J. Verticchio
*Assistant Attorneys General*
Civil Rights & Special Litigation Bureaus
OFFICE OF THE ILLINOIS ATTORNEY GENERAL
100 W. Randolph St., 11th Floor
Chicago, IL 60601
Tel.: (312) 814-1188
jwitherspoon@atg.state.il.us
mchimienti@atg.state.il.us
ehady@atg.state.il.us
ahill@atg.state.il.us
jvandam@atg.state.il.us
tverticchio@atg.state.il.us

**CERTIFICATE OF SERVICE**

I, Jeff VanDam, an attorney, certify that on August 8, 2018 I caused the foregoing **Motion to Set Defendants' Complaint Response Date and Briefing Schedule on Motion for Preliminary Injunction** to be electronically filed via the Court's CM/ECF system and thereby served on all counsel of record.

/s/ *Jeff VanDam*
Assistant Attorney General