## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Lisa Madigan
                              Plaintiff,

v.                                                   Case No.: 1:18−cv−02861
                                                        Honorable Andrea R. Wood

Suburban Express, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 16, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: Motion and Status hearing held. Counsel for Plaintiff appeared and Defendant Dennis Toeppen appeared pro se. The Court notes that attorney James Earl Long III has filed motions to withdraw as counsel for Defendants [42][43], but did not appear to present the motion. Attorney Long is advised that (1) motions are to be noticed for hearing on one of the judge's scheduled motion hearing days at least three business days after the motion is filed, (2) a party that files a motion is expected to appear in court unless the Court orders otherwise, and (3) failure to appear for the motion hearing may result in the motion being summarily denied. Attorney Long shall appear in person at the next status hearing so that the issue of Defendants' representation may be resolved. Plaintiff's motion to set Defendants' complaint response date and briefing schedule on motion for preliminary injunction [50] is continued to the next status hearing. As stated on the record, Defendants' shall answer or otherwise respond to the complaint by 9/13/2018. The Court will consider appointment of counsel through the Settlement Assistance Program for Pro Se Litigants to represent Defendant Dennis Toeppen for purposes of settlement negotiations only. Status hearing set for 9/4/2018 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.