IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION  18 AUG 20 PM 2:42

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 18-CV-02861 |
| ) | |
| SUBURBAN EXPRESS. INC., ) | |
| ALLERTON CHARTER COACH, INC., ) | |
| and DENNIS TOEPPEN ) | |
| ) | |
| Defendants, ) | |
| ) | |

FILED
E AUG 20 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### DEFENDANT TOEPPEN'S MOTION TO FILE USING CM/ECF

COMES NOW, Defendant Dennis Toeppen, hereby respectfully moves the Court to grant permission for the defendant, appearing pro se in this action, to register and file with the Clerk of the Court for the US District Court Northern District of Illinois using the CM/ECF electronic filing system. The defendant understands that this permission would be granted only for documents filed that are directly associated with this action.

WHEREFORE, it is most respectfully prayed of the Court that permission is granted to Dennis Toeppen, appreating pro se in this action, to register and file with the CM/ECF electronic filing system for the Clerk of the Court for the US District Court Northern District of Illinois for any and all documents associated with this action.

Respectfully submitted,

_____
Dennis Toeppen, Pro Se
PO Box 17221
Urbana, IL 61803

1

## CERTIFICATE OF SERVICE

  The undersigned Defendant, under penalties as provided by law pursuant to the Illinois Supreme Court Rule 12 and 735 ILCS 5/1-109, certify that I filed **MOTION TO FILE USING CM/ECF** with the United States District Court on the 21st day of August, 2018.

Jeffrey J. Vandam
Office of the Attorney General of Illinois
Assistant Attorney General, Civil Rights Bureau
100 W. Randolph, 11th Floor
Chicago, IL 60601

Alison V. Hill
Office of the Illinois Attorney General
100 W. Randolph
Chicago, IL 60601

Elizabeth Mary Hady
Illinois Attorney General's Office
100 W. Randolph, 11th Floor
Chicago, IL 60601

Jeanne Marie Witherspoon
Illinois Attorney General's Office
100 W. Randolph
Chicago, IL 60601

Matthew Vincent Chimienti
Illinois Attorney General
100 W. Randolph Street, 11th Floor
Chicago, IL 60601

Thomas John Verticchio
Office of the Attorney General of Illinois
100 W. Randolph
Chicago, IL 60601

JAMES E. LONG
Chapin & Long, P.C.
411 Clarendon Ct, Suite 103
Savoy, Illinois 61847

  I further certify that I served a copy of the foregoing document(s) on the following parties or their counsel of record via USPS on the 21st day of August, 2018.

BY: _____