UNITED STATES DISTRICT COURT
FOR the Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division   **18 AUG 20 PM 2:42**

LISA MADIGAN,                         )
                                      )
        Plaintiff,                    )
                                      )
    v.                                )   Case No.: 1:18-cv-02861
                                      )   Honorable Andrea R. Wood
SUBURBAN EXPRESS, INC., et al,        )
                                      )
        Defendants.                   )

## NOTICE OF CONSENT TO ATTORNEY, JAMES E. LONG'S MOTION TO WITHDRAW

DENNIS TOEPPEN, individually and as representative of corporate Defendants, Suburban Express, Inc. and Allerton Charter Coach, Inc., hereby consent to James E. Long's Motion to Withdraw as Counsel for all (counsel pro hac vice for all Defendant's in both captioned matters. Dennis Toeppen will be filing an appearance with this Court and is endeavoring to find new counsel on behalf of the corporate Defendants as directed by this Court on July 19, 2018, as well as August 16, 2018.

Defendants consent to the Honorable Andrea R. Wood entering the proposed order granting Motion to Withdraw as Counsel for Defendant tendered to this Court by James E. Long on July 16, 2018.

**FILED**

EC AUG 20 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DENNIS TOEPPEN, individually and on behalf of all of the Defendants,

BY: _____

## PROOF OF SERVICE

The undersigned Defendant, under penalties as provided by law pursuant to the Illinois Supreme Court Rule 12 and 735 ILCS 5/1-109, certify that I filed **Notice of Consent to Attorney, James E. Long's Motion to Withdraw** with the United States District Court on the 21 ST day of August, 2018.

Jeffrey J. Vandam
Office of the Attorney General of Illinois
Assistant Attorney General, Civil Rights Bureau
100 W. Randolph, 11th Floor
Chicago, IL 60601

Alison V. Hill
Office of the Illinois Attorney General
100 W. Randolph
Chicago, IL 60601

Elizabeth Mary Hady
Illinois Attorney General's Office
100 W. Randolph, 11th Floor
Chicago, IL 60601

Jeanne Marie Witherspoon
Illinois Attorney General's Office
100 W. Randolph
Chicago, IL 60601

Matthew Vincent Chimienti
Illinois Attorney General
100 W. Randolph Street, 11th Floor
Chicago, IL 60601

Thomas John Verticchio
Office of the Attorney General of Illinois
100 W. Randolph
Chicago, IL 60601

JAMES E. LONG
Chapin & Long, P.C.
411 Clarendon Ct, Suite 103
Savoy, Illinois 61847

I further certify that I served a copy of the foregoing document(s) on the following parties or their counsel of record via USPS on the 21 ST day of August, 2018.

BY: _____