UNITED STATES DISTRICT COURT
FOR the Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

| | |
|---|---|
| LISA MADIGAN, </br></br> Plaintiff, </br></br> v. </br></br> SUBURBAN EXPRESS, INC., et al, </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) Case No.: 1:18-cv-02861 </br> ) Honorable Andrea R. Wood </br> ) </br> ) </br> ) |

### ATTORNEY, JAMES E. LONG'S, MOTION: TO ENTER ORDER ALLOWING WITHDRAWAL WITHOUT HEARING, OR IN THE ALTERNATIVE TO EXCUSE APPEARANCE AT THE SEPTEMBER 4, 2018, STATUS HEARING OR IN THE ALTERNATIVE ALLOW TELEPHONIC APPEARANCE OR ALTERNATIVELY CONTINUE STATUS HEARING

NOW COMES, Attorney, James E. Long, and for his Motion to: Enter Order Allowing Withdrawal without hearing Excuse Appearance at the September 4, 2018, Status Hearing or in the Alternative, Allow Telephone Appearance or Alternatively continue Status Hearing, states as follows:

1. This Court made a docket entry on August 16, 2018, which ordered that Attorney Long must appear in person at the next status hearing of September 4, 2018, at 9:00 a.m., so that the issue of Defendants' representation maybe resolved.

2. Attorney, James E. Long, requests that this Court excuse Attorney Long's appearance at said hearing as September 4, 2018, is the day that Chapin & Long, P.C., is moving its office from a location in Savoy to a new office location in Champaign, with movers being present at Chapin & Long's Savoy location starting at 8:20 a.m. Said move has been scheduled since mid-July as Chapin & Long's lease at its Savoy location expires on August 30, 2018, at 11:59 p.m. Chapin & Long's landlord has allowed Chapin & Long to stay at its current location through September 4, 2018, to accommodate the upcoming holiday weekend.

3. Since the Court ordered James E. Long, to personally appear at the September 4, 2018, status hearing, Dennis Toeppen has filed a consent to allow Attorney, James E. Long III, to withdraw as counsel for all Defendants in this matter.

4. Defendant Toeppen has personally appeared in this matter and it is the understanding of Attorney Long that Defendant Toeppen is actively seeking alternative counsel on behalf of the remaining two corporate Defendants.

5. Attorney Long had conflicts with the previously scheduled status hearing on August 16, 2018, and had not advised the Court of said conflicts as, based upon conversations with his client, Attorney Long was under the impression that his appearance at further status hearings was excused by the Court as all Defendants were working to obtain separate counsel. Attorney Long meant no disrespect to this Court for his lack of appearance or notifications to the Court that he could not appear at scheduled status hearings.

6. As an alternative to Attorney Long's Motion to Excuse Appearance at the September 4, 2018, status hearing, Attorney Long moves the Court to grant his Motion to Withdraw without Appearance as all Defendants have consented to said withdrawl.

7. If the Court is not inclined to allow Attorney Long's Motion to Withdraw without a hearing, Attorney Long asks that the Court allow Attorney Long to appear by telephone at the September 4, 2018, status hearing at 9:00 a.m. as Attorney Long needs to be present for the moving of his office so that the least amount of business interruption can occur as Attorney Long has hearings scheduled on September 5, 2018, and September 7, 2018.

8. No prejudice shall result to any party in this action if the Court grants Attorney Long's Motion to Withdraw without hearing, excuses his appearance at the September 4, 2018, status hearing or alternatively allows Attorney Long to appear by telephone as the Court has established deadlines for all Defendants to answer or otherwise plead on September 13, 2018.

9.  If the Court denies all of Attorney Long's motions, then he requests that the Court continue the status hearing until September 6, 2018, so that he can personally appear before the Court.

WHEREFORE, Attorney James E. Long, prays that this Court enter an order allowing him to withdraw as counsel for all Defendants in this matter without hearing. If the Court denies said motion, Attorney Long moves that this Court excuse his appearance at the September 4, 2018, motion hearing, and, alternatively, if the Court denies Attorney Long's prior motions relative to his appearance, Attorney Long prays that this Court grant his Motion to Appear by Telephone at the September 4, 2018, status hearing. Alternatively, if the Court is not inclined to grant any of the aforementioned motions, Attorney Long, requests that this Court continue the status hearing to a date of September 6, 2018.

SUBURBAN EXPRESS, INC., ALLERTON CHARTER COACH, INC. and DENNIS TOEPPEN, individually and in his official capacity as owner, Defendants,

CHAPIN & LONG, P.C.

BY: /s/ James E. Long

JAMES E. LONG
Chapin & Long, P.C.
411 Clarendon Court, Suite 103
Savoy, Illinois 61874
Telephone: (217) 352-1400
Facsimile: (217) 352-1401
Email: jlong@chapinlong.com

## PROOF OF SERVICE

      The undersigned attorney, under penalties as provided by law pursuant to the Illinois Supreme Court Rule 12 and 735 ILCS 5/1-109, certify that I electronically filed **Attorney, James E. Long's Motion to Excuse Appearance at the September 4, 2018, Status Hearing or in the Alternative Allow Telephonic Appearance or Alternatively Continue Status Hearing,** with the United States District Court by using the Pacer/ECF system on the 28th day of August, 2018.

Jeffrey J. Vandam
Office of the Attorney General of Illinois
Assistant Attorney General, Civil Rights Bureau
100 W. Randolph, 11th Floor
Chicago, IL 60601

Alison V. Hill
Office of the Illinois Attorney General
100 W. Randolph
Chicago, IL 60601

Elizabeth Mary Hady
Illinois Attorney General's Office
100 W. Randolph, 11th Floor
Chicago, IL 60601

Jeanne Marie Witherspoon
Illinois Attorney General's Office
100 W. Randolph
Chicago, IL 60601

Matthew Vincent Chimienti
Illinois Attorney General
100 W. Randolph Street, 11th Floor
Chicago, IL 60601

Thomas John Verticchio
Office of the Attorney General of Illinois
100 W. Randolph
Chicago, IL 60601

Dennis Toeppen
P.O. Box 17221
Urbana, IL 61803

      I further certify that I served a copy of the foregoing document(s) on the following parties or their counsel of record via email on the 28th day of August, 2018.

                                                                       /s/ James E. Long