UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS ) <br> *ex rel.* LISA MADIGAN, Attorney General ) <br> of the State of Illinois, ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> SUBURBAN EXPRESS, INC.; ALLERTON ) <br> CHARTER COACH, INC.; and DENNIS ) <br> TOEPPEN, individually and in his official ) <br> capacity as owner, ) <br> ) <br> *Defendants.* ) | No. 1:18-cv-2861 <br><br> Judge Andrea R. Wood <br> Magistrate Judge Maria Valdez |

**MOTION FOR ENTRY OF DEFAULT AND SETTING OF HEARING DATE FOR PROVE-UP OF DEFAULT JUDGMENT**

Plaintiff, the People of the State of Illinois *ex rel.* Lisa Madigan, Attorney General of the State of Illinois (hereafter "the State"), respectfully moves this honorable Court pursuant to Federal Rule of Civil Procedure 55(a) for an Entry of Default against Defendants Suburban Express, Inc., Allerton Charter Coach, Inc., and Dennis Toeppen. The State further requests a hearing date to prove its entitlement to a default judgment including compensatory and punitive damages pursuant to Federal Rule of Civil Procedure 55(b).

Since the parties met with the Court for the October 9, 2018 settlement conference, the defendants sent an October 9 email message to the State regarding settlement terms. After receiving the email, the State attempted to contact the

defendants on multiple occasions via telephone and email in an effort to further settlement discussions, and emailed the defendants a draft of settlement terms in accordance with suggestions made by the Court. The defendants have not responded to any of the State's communications. Instead, the defendants have made every effort to delay this matter, and prolong the scheduling of further settlement discussions with the Court. Based on the content of the defendants' October 9 email message to the State and the defendants' apparent unwillingness to communicate further regarding settlement terms, and instead merely delay this matter, the State does not believe further settlement efforts will be productive even in light of the recent appointment of settlement counsel for the defendants.[1]

In support of its motion, the State states as follows:

1. The State filed its Complaint on April 23, 2018. (Dkt. 1.) Defendants appeared via Attorney James E. Long on May 8, 2018. (Dkt. 26.)

2. The parties have agreed to, and the Court has subsequently ordered, various extensions to defendants' responsive pleading deadline in order to allow for settlement discussions between the parties. Per the Court's August 16, 2018 Order, defendants' responsive pleading deadline was September 13, 2018. (Dkt. 53.)

3. Defendants have failed to answer or otherwise plead. *See* Docket Report, attached hereto as **Ex. A**.

4. When a party against whom judgment is sought fails to answer or otherwise plead by the stated deadline, the clerk must enter the party's default. Fed.

---

[1] The State noticed this motion for presentment on Wednesday, November 7, 2018 in deference to defendant Toeppen's request to avoid hearing dates on Thursdays and Fridays.

2

R. Civ. P. 55(a). The Court also possesses the power to enter a party's default. *City of New York v. Mickalis Pawn Shop*, 645 F.3d 114, 128 (2d Cir. 2011).

5. The State further seeks entry of default judgment against defendants pursuant to Federal Rule of Civil Procedure 55(b)(2), and requests that the Court grant it a hearing to allow the State to demonstrate its entitlement to compensatory and punitive damages as well as civil penalties as part of the judgment to be entered against the defendants. *See Lowe v. McGraw-Hill Cos.*, 361 F.3d 335, 339-40 (7th Cir. 2004) ("[I]f an evidentiary hearing or other proceedings are necessary in order to determine what the judgment should provide, such as the amount of damages that the defaulting defendant must pay, those proceedings must be conducted before the judgment is entered.").

**WHEREFORE**, the State respectfully requests that the Court:

a. Enter an Order finding Defendants Suburban Express, Inc., Allerton Charter Coach, Inc., and Dennis Toeppen in default;

b. Set a hearing date to allow the State to prove its entitlement to a default judgment including compensatory and punitive damages and civil penalties; and

c. Enter any further orders that the Court deems just and appropriate.

Date: November 2, 2018                    Respectfully submitted,

                                               LISA MADIGAN
                                               Attorney General of Illinois

                                               By: */s/ Matthew V. Chimienti*

                                               Jeanne Witherspoon
                                               Matthew V. Chimienti
                                               Alison V. Hill
                                               Jeff VanDam
                                               Thomas J. Verticchio
                                               *Assistant Attorneys General*
                                               Civil Rights & Special Litigation Bureaus
                                               OFFICE OF THE ILLINOIS ATTORNEY GENERAL
                                               100 W. Randolph St., 11th Floor
                                               Chicago, IL 60601
                                               Tel.: (312) 814-8570
                                               jwitherspoon@atg.state.il.us
                                               mchimienti@atg.state.il.us
                                               ahill@atg.state.il.us
                                               jvandam@atg.state.il.us
                                               tverticchio@atg.state.il.us

# EXHIBIT A

CASREF,MIDP,PROTO,VALDEZ

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6.2.2 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:18-cv-02861

| | |
|---|---|
| Lisa Madigan v. Suburban Express, Inc. et al | Date Filed: 04/23/2018 |
| Assigned to: Honorable Andrea R. Wood | Jury Demand: Plaintiff |
| Referred to: Honorable Maria Valdez (Settlement) | Nature of Suit: 890 Other Statutory Actions |
| Cause: 42:1981 Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**Lisa Madigan**
*People of the State of Illinois ex rel.,*
*Attorney General of the State of Illinois*

represented by **Jeffrey J Vandam**
Office of the Attorney General of Illinois
Assistant Attorney General, Civil Rights Bureau
100 W. Randolph
11th Floor
Chicago, IL 60601
(312) 814-1188
Email: JVanDam@atg.state.il.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alison V Hill**
Office Of The Illinois Attorney General
100 W. Randolph St.
Chicago, IL 60601
(312) 814-3954
Email: AHill@atg.state.il.us
*ATTORNEY TO BE NOTICED*

**Elizabeth Mary Hady**
Illinois Attorney General's Office
100 W. Randolph St
11th Floor
Chicago, IL 60601
312-814-1137
Email: ehady@atg.state.il.us
*TERMINATED: 09/17/2018*

**Jeanne Marie Witherspoon**
Illinois Attorney General's Office
100 West Randolph Street
Chicago, IL 60601
312-814-3000
Email: jwitherspoon@atg.state.il.us
*ATTORNEY TO BE NOTICED*

**Matthew Vincent Chimienti**
Illinois Attorney General
100 W. Randolph Street

11th Floor
Chicago, IL 60601
(312) 814-8570
Email: mchimienti@atg.state.il.us
*ATTORNEY TO BE NOTICED*

**Thomas John Verticchio**
Office of the Attorney General
100 West Randolph Street
Chicago, IL 60601
(312) 814-3000
Email: TVerticchio@atg.state.il.us
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Suburban Express, Inc.** represented by **Suburban Express, Inc.**
P.O. Box 17221
Urbana, IL 61803
217-344-2600
PRO SE

**James Earl Long , III**
Chapin & Long
Suite 103
411 Clarendon Ct
Savoy, IL 61874
(217) 352-1400
Email: jlong@chapinlong.com
*TERMINATED: 09/04/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Defendant**

**Allerton Charter Coach, Inc.** represented by **Allerton Charter Coach, Inc.**
PRO SE

**James Earl Long , III**
(See above for address)
*TERMINATED: 09/04/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Defendant**

**Dennis Toeppen** represented by **Dennis Toeppen**
*individually and in his official capacity as owner*
P.O. Box 17221
Urbanan, IL 61803
217-344-2600
Email: NDIL@net66.net
PRO SE

**James Earl Long , III**

(See above for address)
*TERMINATED: 09/04/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/23/2018 | 1 | COMPLAINT *Public Version* filed by Illinois Attorney General Lisa Madigan and Assistants; Jury Demand. Filing fee $ 400, receipt number 0752-14381204. (Attachments: # 1 Exhibit Exhibits 1-30 Public Version)(Vandam, Jeffrey) (Entered: 04/23/2018) |
| 04/23/2018 | 2 | CIVIL Cover Sheet (Vandam, Jeffrey) (Entered: 04/23/2018) |
| 04/23/2018 | 3 | ATTORNEY Appearance for Plaintiff Illinois Attorney General Lisa Madigan and Assistants by Jeffrey J Vandam (Vandam, Jeffrey) (Entered: 04/23/2018) |
| 04/23/2018 |  | CASE ASSIGNED to the Honorable Andrea R. Wood. Designated as Magistrate Judge the Honorable Maria Valdez. (kb, ) (Entered: 04/23/2018) |
| 04/23/2018 | 4 | ATTORNEY Appearance for Plaintiff Illinois Attorney General Lisa Madigan and Assistants by Thomas John Verticchio (Verticchio, Thomas) (Entered: 04/23/2018) |
| 04/23/2018 | 5 | ATTORNEY Appearance for Plaintiff Illinois Attorney General Lisa Madigan and Assistants by Matthew V. Chimienti (Chimienti, Matthew) (Entered: 04/23/2018) |
| 04/23/2018 | 6 | ATTORNEY Appearance for Plaintiff Illinois Attorney General Lisa Madigan and Assistants by Elizabeth Mary Hady (Hady, Elizabeth) (Entered: 04/23/2018) |
| 04/23/2018 | 7 | ATTORNEY Appearance for Plaintiff Illinois Attorney General Lisa Madigan and Assistants by Alison V Hill (Hill, Alison) (Entered: 04/23/2018) |
| 04/23/2018 | 8 | MOTION by Plaintiff Illinois Attorney General Lisa Madigan and Assistants for temporary restraining order (Attachments: # 1 Exhibit EX 1 (Proposed TRO))(Vandam, Jeffrey) (Entered: 04/23/2018) |
| 04/23/2018 | 9 | MEMORANDUM by Illinois Attorney General Lisa Madigan and Assistants in support of motion for temporary restraining order 8 (Attachments: # 1 Exhibit EX 1-16 Public Verison)(Vandam, Jeffrey) Docket Text Modified by Clerks Office (ew, ). (Entered: 04/23/2018) |
| 04/23/2018 | 10 | SEALED DOCUMENT by Plaintiff Illinois Attorney General Lisa Madigan and Assistants *Memorandum of Law in Support of Motion for Temporary Restraining Order (Under Seal Version)* (Attachments: # 1 Exhibit EX 1-16 Under Seal Version)(Vandam, Jeffrey) Docket Text Modified by Clerks Office (ew, ). (Entered: 04/23/2018) |
| 04/23/2018 | 11 | SEALED DOCUMENT by Plaintiff Illinois Attorney General Lisa Madigan and Assistants *Complaint (Under Seal Version)* (Attachments: # 1 Exhibit EX 1-30 (Under Seal Version))(Vandam, Jeffrey) (Entered: 04/23/2018) |
| 04/23/2018 | 12 | MOTION by Plaintiff Illinois Attorney General Lisa Madigan and Assistants for leave to file *Documents Under Seal* (Vandam, Jeffrey) (Entered: 04/23/2018) |
| 04/23/2018 | 13 | *EMERGENCY* NOTICE of Motion by Matthew V. Chimienti for presentment of motion for temporary restraining order 8 , motion for leave to file 12 before Honorable Andrea R. Wood on 4/26/2018 at 09:00 AM. (Chimienti, Matthew) (Entered: 04/23/2018) |
| 04/23/2018 | 14 | ATTORNEY Appearance for Plaintiff Illinois Attorney General Lisa Madigan and Assistants by Jeanne Marie Witherspoon (Witherspoon, Jeanne) (Entered: 04/23/2018) |

| | | |
|---|---|---|
| 04/24/2018 | 15 | NOTICE TO THE PARTIES - The Court is participating in the Mandatory Initial Discovery Pilot (MIDP). The key features and deadlines are set forth in this Notice which includes a link to the (MIDP) Standing Order and a Checklist for use by the parties. In cases subject to the pilot, all parties must respond to the mandatory initial discovery requests set forth in the Standing Order before initiating any further discovery in this case. Please note: The discovery obligations in the Standing Order supersede the disclosures required by Rule 26(a)(1). Any party seeking affirmative relief must serve a copy of the following documents (Notice of Mandatory Initial Discovery and the Standing Order) on each new party when the Complaint, Counterclaim, Crossclaim, or Third-Party Complaint is served. (eaa, ) (Entered: 04/24/2018) |
| 04/24/2018 | | SUMMONS Issued as to Defendants Allerton Charter Coach, Inc., Dennis Toeppen (ags, ) (Entered: 04/24/2018) |
| 04/24/2018 | | SUMMONS Issued as to Defendant Suburban Express, Inc. (kb, ) (Entered: 04/24/2018) |
| 04/25/2018 | 16 | MINUTE entry before the Honorable Andrea R. Wood: Motion Hearing set for 4/26/2018 13 is stricken and reset for 4/27/2018 at 10:00 AM. Mailed notice (ef, ) (Entered: 04/25/2018) |
| 04/25/2018 | 17 | *AMENDED* NOTICE of Motion by Matthew V. Chimienti for presentment of motion for temporary restraining order 8 , motion for leave to file 12 before Honorable Andrea R. Wood on 4/27/2018 at 10:00 AM. (Chimienti, Matthew) (Entered: 04/25/2018) |
| 04/25/2018 | 18 | SUMMONS Returned Executed by Lisa Madigan as to Allerton Charter Coach, Inc. on 4/23/2018, answer due 5/14/2018; Suburban Express, Inc. on 4/23/2018, answer due 5/14/2018; Dennis Toeppen on 4/23/2018, answer due 5/14/2018. (Chimienti, Matthew) (Docket Text Modified on 4/26/2018 by Clerk's Office) (eaa, ). (Entered: 04/25/2018) |
| 04/25/2018 | 19 | AFFIDAVIT of Service filed by Plaintiff Lisa Madigan (Chimienti, Matthew) (Entered: 04/25/2018) |
| 04/27/2018 | 20 | MINUTE entry before the Honorable Andrea R. Wood: Motion Hearing held. Only counsel for Plaintiff appeared. Plaintiff's counsel confirmed service of process and that notice of the motion hearing was provided to Defendants. Plaintiff's counsel represented that Plaintiff has secured the agreement of Defendants, through their counsel, for entry of an agreed temporary restraining order. The Court notes that subsequent to the motion hearing, the parties submitted to chambers a proposed temporary restraining order signed by counsel for all parties. Plaintiff's motion for temporary restraining order 8 is taken under advisement. Plaintiff's motion for leave to file documents under seal 12 is granted. Motion hearing continued to 4/27/2018 at 3:00 P.M. Mailed notice (ef, ) (Entered: 04/27/2018) |
| 04/27/2018 | 21 | MINUTE entry before the Honorable Andrea R. Wood: Upon review of the proposed Agreed Temporary Restraining Order, Plaintiff's motion for a temporary restraining order 8 granted. Enter Agreed Temporary Restraining Order. Motion hearing set for 4/27/2018 at 3:00 PM is stricken. Status hearing set for 5/23/2018 at 9:00 AM. Mailed notice (ef, ) (Entered: 04/27/2018) |
| 04/27/2018 | 22 | AGREED TEMPORARY Restraining Order signed by the Honorable Andrea R. Wood on 4/27/2018. Mailed notice(ef, ) (Entered: 04/27/2018) |
| 04/27/2018 | 23 | CERTIFICATE of Service by Matthew V. Chimienti on behalf of Lisa Madigan regarding order, temporary restraining order 22 (Chimienti, Matthew) (Entered: 04/27/2018) |
| 05/03/2018 | 24 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14424292. (Long, James) (Entered: 05/03/2018) |
| 05/07/2018 | 25 | MINUTE entry before the Honorable Andrea R. Wood: Attorney application to appear pro |

| | | |
|---|---|---|
| | | hac vice 24 is granted. Mailed notice (ef, ) (Entered: 05/07/2018) |
| 05/08/2018 | 26 | ATTORNEY Appearance for Defendants Allerton Charter Coach, Inc., Suburban Express, Inc., Dennis Toeppen by James Earl Long, III (Long, James) (Entered: 05/08/2018) |
| 05/17/2018 | 27 | MOTION by Plaintiff Lisa Madigan for extension of time - *Joint Motion for Extension of Agreed Temporary Restraining Order and Unopposed Motion for Extension of Defendants' Time to Respond to Plaintiff's Complaint* (Vandam, Jeffrey) (Entered: 05/17/2018) |
| 05/17/2018 | 28 | *NOTICE of Joint Motion for Extension of Agreed Temporary Restraining Order and Unopposed Motion for Extension of Defendants' Time to Respond to Plaintiff's Complaint* - Notice of Motion by Jeffrey J Vandam for presentment of extension of time 27 before Honorable Andrea R. Wood on 5/23/2018 at 09:00 AM. (Vandam, Jeffrey) (Entered: 05/17/2018) |
| 05/22/2018 | 29 | MINUTE entry before the Honorable Andrea R. Wood: The parties' joint motion for extension of agreed temporary restraining order and unopposed motion for extension of Defendants' time to respond to Plaintiff's complaint 27 is granted. By agreement of the parties, the agreed temporary restraining order entered 4/27/2018 (and currently due to expire on 5/25/2018) shall be extended by 28 days until 6/22/2018. In addition, Defendants' time to answer or otherwise respond to the complaint is extended until 6/26/2018. The status and motion hearing set for 5/23/2018 is stricken and reset for 6/26/2018 at 09:00 AM. Mailed notice (ef, ) (Entered: 05/22/2018) |
| 06/05/2018 | 30 | AFFIDAVIT of Dennis Toeppen (Long, James) (Entered: 06/05/2018) |
| 06/07/2018 | 31 | MOTION by Plaintiff Lisa Madigan for protective order (Attachments: # 1 Exhibit) (Chimienti, Matthew) (Entered: 06/07/2018) |
| 06/07/2018 | 32 | NOTICE of Motion by Matthew Vincent Chimienti for presentment of motion for protective order 31 before Honorable Andrea R. Wood on 6/12/2018 at 09:00 AM. (Chimienti, Matthew) (Entered: 06/07/2018) |
| 06/07/2018 | 33 | AFFIDAVIT of Dennis Toeppen (Long, James) (Entered: 06/07/2018) |
| 06/11/2018 | 34 | MINUTE entry before the Honorable Andrea R. Wood: Plaintiff's Unopposed Motion for agreed confidentiality order 31 is granted. Enter order. The motion presentment date of 6/12/2018 is stricken; parties need not appear. Mailed notice (ef, ) (Entered: 06/11/2018) |
| 06/11/2018 | 35 | AGREED CONFIDENTIALITY ORDER signed by the Honorable Andrea R. Wood on 6/11/2018. Mailed notice(ef, ) (Entered: 06/11/2018) |
| 06/11/2018 | 36 | NOTICE of Correction regarding protective order 35 . (ef, ) (Entered: 06/11/2018) |
| 06/20/2018 | 37 | MOTION by Plaintiff Lisa Madigan for extension of time (Chimienti, Matthew) (Entered: 06/20/2018) |
| 06/20/2018 | 38 | NOTICE of Motion by Matthew Vincent Chimienti for presentment of extension of time 37 before Honorable Andrea R. Wood on 6/26/2018 at 09:00 AM. (Chimienti, Matthew) (Entered: 06/20/2018) |
| 06/25/2018 | 39 | MINUTE entry before the Honorable Andrea R. Wood: The parties' joint motion for extension of agreed temporary restraining order and unopposed motion for extension of Defendants' time to respond to Plaintiff's complaint 37 is granted. By agreement of the parties, the agreed temporary restraining order entered 4/27/2018 (and currently due to expire on 6/22/2018) shall be extended by 28 days until 7/20/2018. In addition, Defendants' time to answer or otherwise respond to the complaint is extended until 7/24/2018. The motion hearing set for 6/26/2018 is stricken. Status hearing set for |

| | | |
|---|---|---|
| | | 6/26/2018 is stricken and reset for 7/24/2018 at 09:00 AM. Mailed notice (ef, ) (Entered: 06/25/2018) |
| 07/13/2018 | 40 | MOTION by Plaintiff Lisa Madigan for preliminary injunction (Chimienti, Matthew) (Entered: 07/13/2018) |
| 07/13/2018 | 41 | NOTICE of Motion by Matthew Vincent Chimienti for presentment of motion for preliminary injunction 40 before Honorable Andrea R. Wood on 7/19/2018 at 09:00 AM. (Chimienti, Matthew) (Entered: 07/13/2018) |
| 07/16/2018 | 42 | MOTION by Attorney James E. Long to withdraw as attorney for Allerton Charter Coach, Inc., Suburban Express, Inc., Dennis Toeppen. New address information: Dennis Toeppen, P.O. Box 17221, Urbana, Illinois 61803 (Attachments: # 1 Declaration Notification of Party Contact information - Suburban Express, # 2 Declaration Notification of Party Contact Information, # 3 Text of Proposed Order Proposed Order Granting Motion to Withdraw as Counsel for Defendant)(Long, James) (Entered: 07/16/2018) |
| 07/16/2018 | 43 | MOTION by Defendants Allerton Charter Coach, Inc., Suburban Express, Inc., Dennis Toeppen to Withdraw as Counsel for Defendant. (Attachments: # 1 Declaration Notification of Party Contact Information - Dennis Toeppen and Allerton Charter Coach, # 2 Declaration Notification of Party Contact Information - Suburban Express)(Long, James) (Docket Text Modified on 7/17/2018 by Clerk's Office) (eaa, ). (Entered: 07/16/2018) |
| 07/19/2018 | 44 | MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held. Counsel for Plaintiff appeared and Defendant Dennis Toeppen appeared pro se. Pursuant to the discussion held in open court and by agreement of the parties, in light of the uncertainty regarding Defendants' representation, the Court finds that good cause exists to extend the temporary restraining order entered 4/27/2018 (and currently due to expire on 7/20/2018) by 60 days until 9/20/2018. In addition, Defendants' time to answer or otherwise respond to the complaint is stricken until further order of Court. As stated on the record, Plaintiff's motion for preliminary injunction 40 and motion by counsel to withdraw as attorney 42 43 are entered and continued to the next status hearing. Case referred to Magistrate Judge Valdez for the purposes of a settlement conference. Status hearing set for 7/24/2018 is stricken and reset for 8/16/2018 at 9:00 AM. Mailed notice (ef, ) (Entered: 07/20/2018) |
| 07/19/2018 | 45 | Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Maria Valdez for the purpose of holding proceedings related to: settlement conference. (ef, )Mailed notice. (Entered: 07/20/2018) |
| 07/23/2018 | 46 | MINUTE entry before the Honorable Maria Valdez: This case has been referred to Judge Valdez to conduct a settlement conference. The parties are ordered to appear for status on 7/31/18 at 10:00 a.m. in Courtroom 1041 to set a settlement conference date. The parties are further directed to consult with their respective clients before the status date to determine the dates of unavailability for a settlement conference that may be set within the next three to four months. Because of the volume of settlement conferences conducted by Judge Valdez, once a settlement conference date has been agreed upon, no continuance will be granted without a motion showing extreme hardship. Mailed notice (lp, ) (Entered: 07/23/2018) |
| 07/26/2018 | 47 | NOTICE by Lisa Madigan *Notice of Filing and Certificate of Service* (Hill, Alison) (Entered: 07/26/2018) |
| 07/31/2018 | 48 | MINUTE entry before the Honorable Maria Valdez: Magistrate Judge status hearing held on 7/31/18. This case is set to 8/14/18 at 1:00 p.m. before recalled Magistrate Judge Rodovich in Chamber 1046 for settlement conference. Parties are to contact Judge Valdez's chambers upon arrival. Judge Valdez requires full compliance with the Court's Standing Order on Settlement Conference found on Judge Valdez's website available at |

| | | |
|---|---|---|
| | | www.ilnd.uscourts.gov, or the parties can contact courtroom deputy, Lisa Provine, at (312)408-5135 for a copy. Failure to comply with the provisions of the Court's Standing Order may result in the unilateral cancellation of the settlement conference by the Court. Absent leave from the Court, cancellation will result if the Plaintiff fails to submit to chambers copies of the settlement letters 21 days prior to the settlement conference. The fact that a settlement conference has been scheduled does not mean that the parties should stop engaging in settlement discussions among themselves. The Court finds that too often the parties put settlement talks on hold until the settlement conference with the Magistrate Judge. The Court expects that many cases can be resolved among the parties without the need for court-supervised mediation. If your informal discussions are unsuccessful, the Court will conduct the conference but will expect the parties to apprise her of the status of their ongoing settlement discussions. Because of the volume of settlement conferences conducted by Judge Valdez, once a settlement conference date has been agreed upon, no continuance will be granted without a motion showing extreme hardship. Mailed notice (lp, ) (Entered: 07/31/2018) |
| 08/02/2018 | 49 | MINUTE entry before the Honorable Maria Valdez: The Court has received an email that the settlement conference date of 8/14/18, given during the status hearing on 7/31/18, does not work for all parties. In light of this, the settlement conference set for 8/14/18 at 1:00 p.m. before Judge Rodovich is hereby stricken and reset to 1/9/19 at 2:00 p.m. before Judge Valdez. Mailed notice (lp, ) (Entered: 08/02/2018) |
| 08/08/2018 | 50 | MOTION by Plaintiff Lisa Madigan to Set Defendants' Complaint Response Date and Briefing Schedule on Motion for Preliminary Injunction (Vandam, Jeffrey) (Entered: 08/08/2018) |
| 08/08/2018 | 51 | NOTICE of Motion by Jeffrey J Vandam for presentment of motion for miscellaneous relief 50 before Honorable Andrea R. Wood on 8/16/2018 at 09:00 AM. (Vandam, Jeffrey) (Entered: 08/08/2018) |
| 08/16/2018 | 52 | PRO SE Appearance by Defendant Dennis Toeppen. (ks, ) (Entered: 08/17/2018) |
| 08/16/2018 | 53 | MINUTE entry before the Honorable Andrea R. Wood: Motion and Status hearing held. Counsel for Plaintiff appeared and Defendant Dennis Toeppen appeared pro se. The Court notes that attorney James Earl Long III has filed motions to withdraw as counsel for Defendants 42 43 , but did not appear to present the motion. Attorney Long is advised that (1) motions are to be noticed for hearing on one of the judge's scheduled motion hearing days at least three business days after the motion is filed, (2) a party that files a motion is expected to appear in court unless the Court orders otherwise, and (3) failure to appear for the motion hearing may result in the motion being summarily denied. Attorney Long shall appear in person at the next status hearing so that the issue of Defendants' representation may be resolved. Plaintiff's motion to set Defendants' complaint response date and briefing schedule on motion for preliminary injunction 50 is continued to the next status hearing. As stated on the record, Defendants' shall answer or otherwise respond to the complaint by 9/13/2018. The Court will consider appointment of counsel through the Settlement Assistance Program for Pro Se Litigants to represent Defendant Dennis Toeppen for purposes of settlement negotiations only. Status hearing set for 9/4/2018 at 9:00 AM. Mailed notice (ef, ) (Entered: 08/20/2018) |
| 08/20/2018 | 54 | MINUTE entry before the Honorable Maria Valdez: Status hearing set for 12/18/19 at 10:00 a.m. to report on settlement progress in light of the pending settlement conference. Mailed notice (lp, ) (Entered: 08/20/2018) |
| 08/20/2018 | 55 | MINUTE entry before the Honorable Maria Valdez: Minute entry dated 8/20/18, docket entry 54 is amended as follows: Status hearing set for 12/18/18 at 10:00 a.m. to report on settlement progress in light of the pending settlement conference. Mailed notice (lp, ) (Entered: 08/20/2018) |

| | | |
|---|---|---|
| 08/20/2018 | 56 | MOTION by Defendant Dennis Toeppen to file using CM/ECF. (jh, ) (Entered: 08/22/2018) |
| 08/20/2018 | 57 | NOTICE by Dennis Toeppen of consent to Attorney, James E. Long's Motion to withdraw. (jh, ) (Entered: 08/22/2018) |
| 08/21/2018 | 58 | MOTION by Defendant Dennis Toeppen to File Using CM/ECF. (eaa, ) (Entered: 08/23/2018) |
| 08/21/2018 | 59 | NOTICE of Consent to Attorney, James E. Long's Motion to Withdraw by Dennis Toeppen. (eaa, ) (Entered: 08/23/2018) |
| 08/27/2018 | 60 | MINUTE entry before the Honorable Andrea R. Wood: Motion Hearing set for 9/4/2018 at 09:00 AM. The parties are reminded that Judge Wood requires all motions to be noticed for hearing on one of her scheduled motion hearing days at least three business days after the motion is filed. Mailed notice (ef, ) (Entered: 08/27/2018) |
| 08/28/2018 | 61 | MOTION by Attorney James E. Long to Enter order allowing withdrawal without hearing, or in the alternative to excuse appearance at the September 4, 2018, status hearing or in the alternative allow telephonic appearance or alternatively continue status hearing for Allerton Charter Coach, Inc., Suburban Express, Inc., Dennis Toeppen. (Long, James) (Docket Text Modified on 8/29/2018 by Clerk's Office). (eaa, ). (Entered: 08/28/2018) |
| 08/30/2018 | 62 | NOTICE of Motion by James Earl Long, III for presentment of motion to withdraw as attorney, 42 before Honorable Andrea R. Wood on 9/4/2018 at 09:00 AM. (Long, James) (Entered: 08/30/2018) |
| 09/04/2018 | 63 | MINUTE entry before the Honorable Andrea R. Wood: Status hearing held on 9/4/2018. Defendants' counsel James Long's motion 61 to allow telephonic appearance is granted and Mr. Long appeared telephonically. Mr. Long's motions 42 43 to withdraw as counsel for defendants are granted. Defendant Toeppen requests, without objection, an extension of the Agreed Temporary Restraining Order. By agreement, the Court extends the Agreed Temporary Restraining Order 22 to 10/11/2018. Settlement conference tentatively set for 10/9/2018 at 1:30 p.m. Plaintiff's settlement letter shall be delivered to Defendants, with a copy delivered to the Court, in chambers, on or before 9/11/2018. Defendants' settlement letter shall be delivered to Plaintiff, with a copy delivered to the Court, on or before 9/25/2018. The Court will consider assigning defendants settlement assistance counsel and will issue a separate order providing the parties with further guidance regarding settlement procedures and whether settlement assistance counsel will be appointed. Plaintiff's Motion 40 for Preliminary Injunction is entered and continued. Plaintiff's Motion 50 to set Defendants' Complaint Response Date and Briefing Schedule on Motion for Preliminary Injunction is taken under advisement. Defendant Dennis Toeppen's motions 56 58 to File Using CM/ECF are denied without prejudice. Defendant Toeppen is directed to the Clerk's office to obtain instructions on the e-filing process. Mailed notice (cn). (Entered: 09/04/2018) |
| 09/13/2018 | 64 | MOTION by Attorney Elizabeth Hady to withdraw as attorney for Lisa Madigan. No party information provided (Hady, Elizabeth) (Entered: 09/13/2018) |
| 09/13/2018 | 65 | NOTICE of Motion by Elizabeth Mary Hady for presentment of motion to withdraw as attorney 64 before Honorable Andrea R. Wood on 9/18/2018 at 09:00 AM. (Hady, Elizabeth) (Entered: 09/13/2018) |
| 09/17/2018 | 66 | MINUTE entry before the Honorable Andrea R. Wood: Motion by counsel to withdraw as attorney 64 is granted. Attorney Elizabeth Mary Hady withdrawn as counsel of record. The motion presentment date of 9/18/2018 is stricken; parties need not appear. Mailed notice (ef, ) (Entered: 09/17/2018) |

| | | |
|---|---|---|
| 09/25/2018 | 67 | SEALED financial affidavit filed by Defendant Dennis Toeppen. (pjg, ) (Entered: 09/25/2018) |
| 09/25/2018 | 68 | SEALED EXHIBIT by Defendant Dennis Toeppen regarding sealed document 67 . (td, ) (Entered: 10/22/2018) |
| 10/09/2018 | 71 | MINUTE entry before the Honorable Andrea R. Wood: Settlement conference held and continued. No settlement was reached but the parties agreed to continue negotiations. With the agreement of the parties, the Court extends the Temporary Restraining Order 22 to 10/26/2018 to allow for further settlement discussions. The Court will set a date to continue the settlement conference by separate order. Mailed notice (ef, ) (Entered: 10/25/2018) |
| 10/22/2018 | 69 | MINUTE entry before the Honorable Andrea R. Wood: The Court has been able to recruit a settlement assistance counsel to assist Defendants with further settlement discussions. **This will be a limited appearance for purposes of settlement negotiations only**. As the attorney is not available for a settlement conference until next week, the Court recommends that the parties agree to extend the Agreed Temporary Restraining Order currently in effect 22 until 11/2/2018 and that a settlement conference with the Court be set for the week of 10/29/2018. The parties each shall e-mail the courtroom deputy at Enjoli_Fletcher@ilnd.uscourts.gov, by no later than 12 noon on 10/23/2018, to indicate whether they agree to such a schedule. Mailed notice (ef, ) (Entered: 10/22/2018) |
| 10/24/2018 | 70 | MINUTE entry before the Honorable Andrea R. Wood: The Court will appoint counsel from the Settlement Assistance Program for Pro Se Litigants to represent Defendant Dennis Toeppen for purposes of settlement negotiations only. Mailed notice (ef, ) (Entered: 10/24/2018) |
| 10/25/2018 | 72 | MINUTE entry before the Honorable Andrea R. Wood: With the agreement of the parties, the Court extends the Agreed Temporary Restraining Order 22 to 11/2/2018 to allow for further settlement discussions. Notwithstanding the agreed upon extension, Defendant Toeppen has requested that the continued settlement conference be set for sometime during 11/5/2018 - 11/8/2018. Defendant Toeppen has requested this accommodation due to his mother's illness, work schedule, and so that his court-appointed settlement assistance counsel will have time to review this matter. Accordingly, the Court recommends that the parties agree to extend the current schedule by one additional week such that: (1) the Agreed Temporary Restraining Order 22 currently in effect is extended until 11/9/2018, and (2) a settlement conference will be set for the week of 11/5/2018. The parties each shall e-mail the courtroom deputy at Enjoli_Fletcher@ilnd.uscourts.gov, by no later than 12 noon on 10/26/2018, to indicate whether they agree to such a schedule and, if so, which afternoons during the week of 11/5/2018 they are unavailable for a settlement conference. The parties shall copy Mr. Toeppen and all counsel of record on their e-mails to Ms. Fletcher. Mailed notice (ef, ) (Entered: 10/25/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/02/2018 16:20:25 | | | |
| **PACER Login:** | mchimientiag:5386803:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:18-cv-02861 |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |

**CERTIFICATE OF SERVICE**

I, Matthew V. Chimienti, an attorney, certify that on November 2, 2018 I caused the foregoing **Motion for Entry of Default** to be electronically filed via the Court's CM/ECF system and thereby served on all counsel and pro se litigants of record.

/s/ *Matthew V. Chimienti*
Assistant Attorney General