UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS ) <br> *ex rel.* LISA MADIGAN, Attorney General ) <br> of the State of Illinois, ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> SUBURBAN EXPRESS, INC.; ALLERTON ) <br> CHARTER COACH, INC.; and DENNIS ) <br> TOEPPEN, individually and in his official ) <br> capacity as owner, ) <br> ) <br> *Defendants.* ) | No. 1:18-cv-2861 <br><br> Judge Andrea R. Wood <br> Magistrate Judge Maria Valdez |

## NOTICE OF MOTION

To:  Dennis Toeppen
     P.O. Box 17221
     Urbana, IL 61803
     NDIL@net66.net

Please take notice that on Wednesday, November 7, 2018, at 9:00 A.M., we shall appear before the Honorable Andrea R. Wood, or any other judge sitting in her stead, in Room 1925 of the Everett McKinley Dirksen United States Courthouse located at 219 S. Dearborn St., Chicago, IL 60604, to present the concurrently filed **Motion for Entry of Default and Setting of Hearing Date for Prove-Up of Default Judgment**, a copy of which has been served upon you via the Court's CM/ECF system.

1

Date: November 2, 2018              Respectfully submitted,

                                                           LISA MADIGAN
Attorney General of the State of Illinois

By: /s/ *Matthew V. Chimienti*

Jeanne Witherspoon
Matthew V. Chimienti
Alison V. Hill
Jeff VanDam
Thomas J. Verticchio
*Assistant Attorneys General*
Civil Rights & Special Litigation Bureaus
OFFICE OF THE ILLINOIS ATTORNEY GENERAL
100 W. Randolph St., 11th Floor
Chicago, IL 60601
Tel.: (312) 814-1188
jwitherspoon@atg.state.il.us
mchimienti@atg.state.il.us
ahill@atg.state.il.us
jvandam@atg.state.il.us
tverticchio@atg.state.il.us

## **CERTIFICATE OF SERVICE**

I, Matthew V. Chimienti, an attorney, certify that on November 2, 2018 I caused the foregoing **Notice of Motion** to be electronically filed via the Court's CM/ECF system and thereby served on all counsel and pro se litigants of record.

/s/ *Matthew V. Chimienti*
Assistant Attorney General