IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Lisa Madigan, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) 18 C 2861 |
| v. | ) Case No. _____ |
| Suburban Express, Inc., et al., | ) |
| | ) |
| Defendant(s). | ) |

## LIMITED ASSIGNMENT OF
## SETTLEMENT ASSISTANCE PROGRAM COUNSEL

The Court hereby assigns the herein named attorney to represent the Defendant solely for the limited purpose of assisting Defendant in connection with settlement proceedings in this case. Assigned counsel shall not be obligated to conduct any discovery, to prepare or respond to any motions and shall not be responsible for the trial of this case. The assigned attorney may not enter into any fee agreement with the pro se party, or otherwise seek compensation from the pro se party, in connection with this assignment. On notice to the Court, assigned counsel may seek to end the representation of Defendant upon completion of the settlement conference.

Name of Assigned Counsel: Laura McNally

Law Firm: Loeb & Loeb LLP

Street Address: 321 North Clark Street

Suite Number: Suite 2300

City, State & Zip Code: Chicago, Illinois 60654

Telephone Number: 312.464.3155

I hereby acknowledge that I have read, understand and agree to the terms of this Limited Assignment of Settlement Assistance Program Counsel.

Dated: October 30, 2018

_____
Pro Se ~~Plaintiff~~ Defendant

ENTER:

_____
Judge

Dated: 11/5/2018