# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s) STATE OF IL

v.

Defendant(s) TOEPPEN et al

Case No. 18 CV 2861

18 NOV 13: PM 3:52

Judge: WOOD

## MOTION FOR ATTORNEY REPRESENTATION
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, __Dennis Toeppen__, declare that I am the (check appropriate box)
   ☐ plaintiff ☒ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation:
   (NOTE: This item must be completed.)
   
   ① Seyfarth Shaw        ④ Quarles + Brady
   ② Chapin + Long
   ③ Mayer Brown
   
   but I have been unable to find an attorney because:

   **FILED**
   NOV 13 2018
   THOMAS G. BRUTON
   CLERK, U.S. DISTRICT COURT

3. I declare that (check all that apply):
   (*Now:*)
   ☐ I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.
   
   OR
   
   ☒ I *am* currently represented by an attorney requested by the Court in a federal criminal *or civil* case. The case is described on the back of this page. 18 CV 4013 Merchants Insurance vs Toeppen et al
   
   (*Earlier:*)
   ☐ I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.
   
   OR
   
   ☐ I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
   ☐ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. ☐ I declare that my highest level of education is (check one):

   ☐ Grammar school    ☐ Some high school    ☐ High school graduate

   ☐ Some college      ☐ College graduate    ☒ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check **only** if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court *Pro Se* Assistance Program. (Check **only** if applicable.)

8. I declare under penalty of perjury that the foregoing is true and correct.

_[signature]_
Movant's Signature

Street Address: PO Box 17221

Date: 10/8/18

City, State, Zip: Urbana, IL 61803

Other cases in which an attorney requested by this Court has represented me:

| | |
|---|---|
| Case Name: Merchants Insurance vs Toeppen et al | Case No.: 18CV 4013 |
| Attorney's Name: Schueler, Matthew | The case is still pending: Yes X  No ___ |
| The appointment was limited to settlement assistance: Yes ___ No X | |
| Case Name: | Case No.: |
| Attorney's Name: | The case is still pending: Yes ___ No ___ |
| The appointment was limited to settlement assistance: Yes ___ No ___ | |
| Case Name: | Case No.: |
| Attorney's Name: | The case is still pending: Yes ___ No ___ |
| The appointment was limited to settlement assistance: Yes ___ No ___ | |

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]