## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS *ex rel*. LISA MADIGAN, Attorney General of the State of Illinois, | ) ) ) | No. 1:18-cv-02861 |
| | ) | |
| *Plaintiff*, | ) ) | Judge Andrea R. Wood |
| v. | ) ) | |
| SUBURBAN EXPRESS, INC.; ALLERTON CHARTER COACH, INC.; and DENNIS TOEPPEN, individually and in his official capacity as owner. | ) ) ) ) ) | |
| *Defendants*. | ) ) | |

## AGREED ORDER

On July 13, 2018 plaintiff, People of the State of Illinois (the "State") moved for a Preliminary Injunction as to certain of its claims against defendant Suburban Express, Inc. pursuant to Federal Rule of Civil Procedure 65, seeking relief under the Consumer Review Protection Statute (15 U.S.C. § 45b), the Illinois Consumer Fraud and Deceptive Business Practices Act (815 ILCS 505/2UUU[1]), and the Illinois Personal Information Protection Act (815 ILCS 530/45; 815 ILCS 530/10). In order to conserve resources and minimize litigation conflict, Plaintiff and Suburban

---

[1] After the State filed its motion for preliminary injunction, the General Assembly changed the number of this statute from 815 ILCS 505/2TTT to 815 ILCS 505/2UUU. *See* P.A. 100-863, § 675 (effective Aug. 14, 2018).

1

Express, Inc. agree to the entry of this Agreed Order, which will have the force and effect of a Preliminary Injunction.

The Court, by agreement of the parties, orders as follows:

## DEFINITIONS

**"Suburban Express, Inc."** means Suburban Express, Inc., as well as its shareholders, owners, and officers, as well as any other company, corporation, partnership, group, or organization which is a parent, subsidiary, or affiliate of Suburban Express, Inc.

## REQUIREMENTS

**IT IS ORDERED** that defendant Suburban Express, Inc. is hereby ordered to:

1. Continue, during the pendency of this matter, to ensure that all public court filings and/or any other public disclosures contain no Personal Identifying Information as defined by 815 ILCS 530/5;

2. Continue, during the pendency of this matter, to omit the following or language of similar import from the Suburban Express Terms and Conditions of service or any other contract offered to customers: "Online disparagement will not resolve any problem you may have, and it may lead us to refuse your future business. If we refuse your future business, you will receive no advance notice. Driver will simply turn you away at the bus"; and

3. Absent court order otherwise, continue, during the pendency of this matter, to refrain from banning Suburban Express, Inc. customers from using

Suburban Express, Inc.'s services solely as a result of online reviews of Suburban Express, Inc.

**SO ORDERED**, this 13th day of December 2018.

Andrea R. Wood
United States District Judge