**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS *ex rel.* KWAME RAOUL, Attorney General of the State of Illinois, | ) ) ) ) | No. 1:18-cv-2861 |
| *Plaintiff*, | ) ) | Judge Andrea R. Wood |
| v. | ) ) ) | |
| SUBURBAN EXPRESS, INC.; ALLERTON CHARTER COACH, INC.; and DENNIS TOEPPEN, individually and in his official capacity as owner, | ) ) ) ) ) | |
| *Defendants*. | ) | |

**NOTICE OF MOTION**

To: Suburban Express, Inc.
Allerton Charter Coach, Inc.
Dennis Toeppen
P.O. Box 17221
Urbana, IL 61803
NDIL@net66.net

Please take notice that on Tuesday, March 26, 2019, at 9:00 A.M., we shall appear before the Honorable Andrea R. Wood, or any other judge sitting in her stead, in Room 1925 of the Everett McKinley Dirksen United States Courthouse located at 219 S. Dearborn St., Chicago, IL 60604, to present its previously-filed **Motion for Entry of Default and Setting of Hearing Date for Prove-Up of Default Judgment** (Dkt. #73), a copy of which has been previously served upon you via the Court's CM/ECF system.[1]

---

[1] Settlement discussions between the parties have broken down, and the State intends to present its previously-filed motion (Dkt. #73) on the above-mentioned date.

1

Date: March 20, 2019					Respectfully submitted,

											KWAME RAOUL
											Attorney General of the State of Illinois

											By: /s/ *Matthew V. Chimienti*

											Jeanne Witherspoon
											Matthew V. Chimienti
											Alison V. Hill
											Jeff VanDam
											Thomas J. Verticchio
											*Assistant Attorneys General*
											Civil Rights & Special Litigation Bureaus
											OFFICE OF THE ILLINOIS ATTORNEY GENERAL
											100 W. Randolph St., 11th Floor
											Chicago, IL 60601
											Tel.: (312) 814-1188
											jwitherspoon@atg.state.il.us
											mchimienti@atg.state.il.us
											ahill@atg.state.il.us
											jvandam@atg.state.il.us
											tverticchio@atg.state.il.us

## **CERTIFICATE OF SERVICE**

I, Matthew V. Chimienti, an attorney, certify that on March 20, 2019 I caused the foregoing **Notice of Motion** to be electronically filed via the Court's CM/ECF system and thereby served on all counsel and pro se litigants of record.

/s/ <em>Matthew V. Chimienti</em><br>Assistant Attorney General