UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS ) <br> *ex rel.* KWAME RAOUL, Attorney General ) <br> of the State of Illinois, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> SUBURBAN EXPRESS, INC.; ALLERTON ) <br> CHARTER COACH, INC.; and DENNIS ) <br> TOEPPEN, individually and in his official ) <br> capacity as owner, ) <br> ) <br> *Defendants*. ) | No. 1:18-cv-2861 <br><br> Judge Andrea R. Wood |

## NOTICE OF MOTION

To: Suburban Express, Inc.
Allerton Charter Coach, Inc.
Dennis Toeppen
P.O. Box 17221
Urbana, IL 61803
NDIL@net66.net

Please take notice that on Tuesday, April 23, 2019, at 9:00 A.M., we shall appear before the Honorable Andrea R. Wood, or any other judge sitting in her stead, in Room 1925 of the Everett McKinley Dirksen United States Courthouse located at 219 S. Dearborn St., Chicago, IL 60604, to present its previously filed **Motion to Enforce Consent Decree** (Dkt. #99), a copy of which has been previously served upon you via the Court's CM/ECF system.

Date: April 17, 2019                                  Respectfully submitted,

                                                    KWAME RAOUL
Attorney General of the State of Illinois

By: /s/ *Jeff VanDam*

Jeanne Witherspoon
Matthew V. Chimienti
Alison V. Hill
Jeff VanDam
Thomas J. Verticchio
*Assistant Attorneys General*
Civil Rights & Special Litigation Bureaus
OFFICE OF THE ILLINOIS ATTORNEY GENERAL
100 W. Randolph St., 11th Floor
Chicago, IL 60601
Tel.: (312) 814-1188
jwitherspoon@atg.state.il.us
mchimienti@atg.state.il.us
ahill@atg.state.il.us
jvandam@atg.state.il.us
tverticchio@atg.state.il.us

## **CERTIFICATE OF SERVICE**

I, Jeff VanDam, an attorney, certify that on April 17, 2019 I caused the foregoing **Notice of Motion** to be electronically filed via the Court's CM/ECF system and thereby served on all counsel and pro se litigants of record.

>                              /s/ *Jeff VanDam*
>                              Assistant Attorney General