## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS | ) | |
| *ex rel.* KWAME RAOUL, Attorney General | ) | |
| of the State of Illinois, | ) | No. 1:18-cv-2861 |
| | ) | |
| *Plaintiff,* | ) | Judge Andrea R. Wood |
| | ) | |
| v. | ) | |
| | ) | |
| SUBURBAN EXPRESS, INC.; ALLERTON | ) | |
| CHARTER COACH, INC.; and DENNIS | ) | |
| TOEPPEN, individually and in his official | ) | |
| capacity as owner, | ) | |
| | ) | |
| *Defendants.* | ) | |

## MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Plaintiff, the People of the State of Illinois *ex rel.* Kwame Raoul, Attorney General of the State of Illinois ("the State"), hereby moves this Court for leave to file certain documents under seal pursuant to Rule 26.2(c)(3) of the Local Rules of the United States District Court for the Northern District of Illinois. In support of its motion, the State states the following:

1.      The Stated filed a Motion to Enforce Consent Decree ("Motion") on April 17, 2019.

2.      Referenced in the Motion and included as Exhibits A and B to the Motion are two web pages that Defendants have posted attacking specific individuals. Defendants' posting of the web pages violates two provisions of the consent decree.

These are (1) that Defendants not penalize any individual solely on the basis of the individual's commentary about Defendants; and (2) that Defendants not circulate communications that Defendants know are to the effect that any person is unwelcome, objectionable, or unacceptable because of race or national origin.

3.      To avoid furthering Defendants' attempts to publicly attack the individuals discussed on Defendants' web pages, and to allow the Court to further understand the nature of the attacks, the State wishes to file under seal unredacted versions of the exhibits in question.

4.      Pursuant to Local Rule 26.2(e), the State will provide the Court with a courtesy copy of complete, unredacted versions of Exhibits A and B to the Motion. The State will also provide Defendants with complete, unredacted versions of those documents.

5.      Pursuant to Local Rule 26.2(c)(1) and (2), the State has provisionally filed unredacted versions of Exhibits A and B to the Motion electronically under seal, and has filed for the public record redacted versions of those same exhibits.

WHEREFORE, the State respectfully requests that the Court grant the State leave to file unredacted versions of Exhibits A and B to the Motion to Enforce Consent Decree under seal. The State further requests such other relief as this Court deems just and equitable.

Date: April 18, 2019

Respectfully submitted,

By: */s/ Jeff VanDam*

KWAME RAOUL
*Attorney General of Illinois*

Jeanne Witherspoon
Matthew V. Chimienti
Alison V. Hill
Jeff VanDam
Thomas J. Verticchio
*Assistant Attorneys General*
Civil Rights & Special Litigation Bureaus
OFFICE OF THE ILLINOIS ATTORNEY GENERAL
100 W. Randolph St., 11th Floor
Chicago, IL 60601
Tel.: (312) 814-1188
jwitherspoon@atg.state.il.us
mchimienti@atg.state.il.us
ahill@atg.state.il.us
jvandam@atg.state.il.us
tverticchio@atg.state.il.us