UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS ) <br> *ex rel.* KWAME RAOUL, Attorney General ) <br> of the State of Illinois, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> SUBURBAN EXPRESS, INC.; ALLERTON ) <br> CHARTER COACH, INC.; and DENNIS ) <br> TOEPPEN, individually and in his official ) <br> capacity as owner, ) <br> ) <br> *Defendants*. ) | No. 1:18-cv-2861 <br><br> Judge Andrea R. Wood |

## NOTICE OF MOTION

To:  Suburban Express, Inc.
     Allerton Charter Coach, Inc.
     Dennis Toeppen
     P.O. Box 17221
     Urbana, IL 61803
     NDIL@net66.net

Please take notice that on Tuesday, April 23, 2019, at 9:00 A.M., we shall appear before the Honorable Andrea R. Wood, or any other judge sitting in her stead, in Room 1925 of the Everett McKinley Dirksen United States Courthouse located at 219 S. Dearborn St., Chicago, IL 60604, to present a **Motion for Leave to File Documents Under Seal**, a copy of which has been served upon you via the Court's CM/ECF system.

1

Date: April 18, 2019　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　KWAME RAOUL
　　　　　　　　　　　　　　　　　　　Attorney General of the State of Illinois

　　　　　　　　　　　　　　　　　　　By: /s/ *Jeff VanDam*

　　　　　　　　　　　　　　　　　　　Jeanne Witherspoon
　　　　　　　　　　　　　　　　　　　Matthew V. Chimienti
　　　　　　　　　　　　　　　　　　　Alison V. Hill
　　　　　　　　　　　　　　　　　　　Jeff VanDam
　　　　　　　　　　　　　　　　　　　Thomas J. Verticchio
　　　　　　　　　　　　　　　　　　　*Assistant Attorneys General*
　　　　　　　　　　　　　　　　　　　Civil Rights & Special Litigation Bureaus
　　　　　　　　　　　　　　　　　　　OFFICE OF THE ILLINOIS ATTORNEY GENERAL
　　　　　　　　　　　　　　　　　　　100 W. Randolph St., 11th Floor
　　　　　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　　　　Tel.: (312) 814-1188
　　　　　　　　　　　　　　　　　　　jwitherspoon@atg.state.il.us
　　　　　　　　　　　　　　　　　　　mchimienti@atg.state.il.us
　　　　　　　　　　　　　　　　　　　ahill@atg.state.il.us
　　　　　　　　　　　　　　　　　　　jvandam@atg.state.il.us
　　　　　　　　　　　　　　　　　　　tverticchio@atg.state.il.us

## **CERTIFICATE OF SERVICE**

I, Jeff VanDam, an attorney, certify that on April 18, 2019 I caused the foregoing **Notice of Motion** to be electronically filed via the Court's CM/ECF system and thereby served on all counsel and pro se litigants of record.

/s/ *Jeff VanDam*
Assistant Attorney General