

**FILED**

APR 26 2019*iA*

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PEOPLE OF THE STATE OF ILLINOIS )
ex rel. KWAME RAOUL, Attorney General )
of the State of Illinois, ) No. 1:18-cv-2861 )
Plaintiff, ) Judge Andrea R. Wood )
v. )
)
SUBURBAN EXPRESS, INC.; ALLERTON )
CHARTER COACH, INC.; and DENNIS )
TOEPPEN, individually and in his official )
capacity as owner, )
Defendants. )

No. 1:18-cv-2861
Judge Andrea R. Wood

RESPONSE TO MOTION TO ENFORCE CONSENT DECREE AND
PLAINTIFF'S SUPPLEMENTAL FILING IN SUPPORT OF ITS MOTION
TO ENFORCE CONSENT DECREE.

Plaintiff on 4/17/19 filed a motion to enforce consent decree ("motion") and
on 4/25/19 made a supplemental filing in support of its motion to enforce
consent decree ("filing").

Defendants respond below.

**Violating Prohibition Against Penalizing Customers and Violating
Prohibition Against Unwelcoming Communications**

1.      Defendants wish to comply with consent decree.

2.      Defendants believe that they may respond to customer criticism in
writing, including online, and that doing so does not penalize critics. Not all
critics are customers.

3.      Criticism by critics tends to be broad and wide-ranging. Defendants'
responses to critics sometimes mirror critics criticism in breadth and tone.

4.      Defendants' responses do not denigrate critics for their membership
in any protected class.

5.     Defendants' responses sometimes denigrate critics for their bad behavior, lack of maturity, lack of responsibility, hypocrisy, or for engaging in unlawful, dangerous. or actionable conduct.

6.     Defendants' criticism of critics is not intended to communicate that other members of a critic's protected class are not welcome to engage in commercial transactions with Defendants.

7.     Out of an abundance of caution, Defendants removed two response pages about which Plaintiffs complained. Defendants do not intend to communicate agreement with Plaintiff's position through this act.


**Failing to Post Required Anti-Discrimination Policies**

1.     Defendants have posted all required anti-discrimination policies.

2.     Defendants believe that anti-discrimination policies are not required on all websites which Defendants host, includng but not limited to: toeppenfilm.com, californiazephyr.com, cycle66.com, toeppen.com, inert.com, and others unrelated to Defendants' business of selling and operating passenger transportation.

3.     Defendants believe that anti-discrimination policies are not required on websites which are inactive or don't exist. Suburbs.com and allertoncharter.com both now return "Not Found / The requested URL was not found on this server."

4.     Anti-discrimination policies were posted as soon as practical upon Defendant Toeppen's return from vacation. Notice of vacation was verbally tendered to all parties present at April 1, 2019 mediation. Defendants had no way of knowing in advance when fully-executed and court-approved consent decree would be received, if at all.

5.     Defendants added language criticizing AG Kwame Raoul's false, defamatory, misleading and deceptive press release before losing two-hop access to servers. Two-hop access involved using laptop in Utah to reach a desktop computer in Urbana via screen-sharing in order to use a terminal program on Urbana computer to reach a server in Philadelphia. Two-hop access suffered from extreme latency and instability. Two-hop access was

exceptionally frustrating to use. Defendants lost two-hop access on the evening of April 11, 2019, and sought to restore two-hop access on April 12, 2019, but two-hop access was not available again until late on April 13, 2019. Direct ssh access to servers was not available to laptop at any time due to firewall rejecting ssh connections.

6.     Defendants ultimately elected to wait an additional four days to undertake the numerous changes to multiple websites required by consent decree, expecting that making the changes via the two-hop connection would continue to be difficult. Defendants do not have an employee who has access to, or who could, make the necessary changes.

**Racist Public Commentary**

1.     Defendant Toeppen concedes that he should be particularly cautious to avoid using language which will potentialy upset others.

2.     Defendant Toeppen's use of "MSG" to describe the construction of Plaintiff's lawsuit was not intended to evoke thoughts of asian food. Defendant Toeppen knows of no other food additive that is a catalyst or enhancer, as opposed to a flavoring.

3.     Defendant Toeppen apologizes for offending anyone who was offended by the use of "MSG" in discussion of Plaintiff's lawsuit.

4.     An email is not a "marketing ploy."

5.     Defendant Toeppen does not know and did not know that using the acronym MSG would communicate that "any person is unwelcome, objectionable, or unacceptable because of race." Defendant Toeppen did not intend to communicate that "any person is unwelcome, objectionable, or unacceptable because of race."

6.     Defendant Toeppen will choose his words more carefully in the future.

**Additional Attack Webpages**

1.     Defendants maintain no attack pages. Defendants maintain response pages.

2.     Response pages exist because Defendants had no effective way to respond to attackers the forums where Defendants were attacked. For instance, Reddit groupthink leads to messages becoming invisible through downvoting and hostile moderators have the ability to remove responses altogether. Yelp allows reviewers substantial latitude in posting personal information and expunged information, but does not give respondents symmetric rights.

3.     Response pages do not penalize their subjects. Responding to a critic does not equate to penalizing the critic. Investigating a critic using Google and sharing the results does not equate to penalizing a critic. Observing critic's behavior and reporting on same does not equate to penalizing the critic.

4.     Criticizing Yelp does not constitute penalizing a critic.

5.     Defendant Toeppen concedes that the second instance of the word "chinese" was accidentally not redacted on Defendant's web page which criticizes Yelp for its asymmetric enforcement of policies. The subject page chronicles Defendant Toeppen's interaction with Yelp personnel as he attempted to get Yelp to remove Toeppen's personal information and expunged public records from Yelp's website. The second instance has now been redacted.

6.     Defendant Toeppen created Page of Shame to list debtors and others who cheated company, with the goal of communicating that Defendant Toeppen does not care for cheaters. Page of Shame contains no PII whatsoever, nor has it ever. Customers are not listed on Page of Shame in response to reviews or commentary.

7.     No bans are being enforced for online commentary of any kind, pursuant to the consent decree. No such bans have been enforced since late April, 2018.

8.     Daily Illini ("DI") published an article that falsely claimed that Suburban Express postering had damaged woodwork. The individual who

was quoted in the article retracted his quote and admitted that posters were stapled to cork strips, not woodwork. Neither the author nor the DI retracted the erroneous reference to posters stapled to woodwork. We choose not to serve employees of the DI. We do not believe DI employees to be a protected group, and their ban has nothing to do with online commentary or reviews. Defendants believe ban on DI employees does not violate consent decree.

9.      Defendant Toeppen continues to believe that Sisi He is a danger to herself and others due to her opening the door of a moving vehicle, and that other comentary on Page of Shame is truthful, nondiscriminatory, non-punitive, and not violative of the consent decree.

10.     Two of the twelve persons mentioned in the "banned" section of the Page of Shame are DI employees. Ten are not.

11.     Defendants' issues with Katherine Chi extend beyond her 2013 Yelp review and online commentary. Page of Shame no longer states a reason for Katherine Chi's listing in the "banned" section. In any event, drivers have been instructed not to enforce bans which do not include the words "DO NOT BOARD" and Katherine Chi does not have a "DO NOT BOARD" listing in our system.

**Failing to Post Required Anti-Discrimination Policies**

1.      Suburbs.com website was removed by deleting the index.html file. Service provider Tierra.net has their servers' directory listing flag set to false, meaning the absence of an index.html file does not result in directory listing being displayed. Therefore, removing index.html had the desired effect - it denied users access to the site.

2.      Allertoncharter.com website was removed by deleting *contents* of the index.html file and replacing it with the words "This website does not exist." Allertoncharter.com is hosted on a server with directory listing flag set to true, meaning users would see a listing of confidential files if index.html file was deleted. Defendants have reconfigured server and allertoncharter.com website now displays same error message as suburbs.com.

3.      Allertoncharter.com and Illinishuttle.com websites now both display error messages only, and nothing that can be misconstrued as content.

**Misrepresentation to the Court**

1.     Defendant Toeppen, in a state of panic over AG's false, defamatory, misleading and deceptive press release, posted a defense to same before losing two-hop access to servers.

2.     Copying and pasting text into two documents in the same directory without having to move any graphic elements around and without updating "last revised" date consumed very little time and required very few keystrokes. Compliance with notice requirements took approximately two to three hours on a fast cable Internet connection at home. The two are not equivalent.

**Conclusion**

Defendants have endeavored to comply with consent decree as rapidly and thoroughly as possible. Defendants are committed to precisely complying with the language of the consent decree, which is the result of a very lengthy and detail-oriented negotiation. Defendants wish to put this matter in the rear-view mirror as quickly as possible.

I declare under penalty of perjury that the foregoing is true and correct.

4/26/19

Dennis Toeppen

Respectfully submitted April 26, 2019 by Defendant Toeppen, representing himself and both of his businesses in his role of sole stockholder and president of both.

# Exhibit A

Notice of delayed return and
pleas to reboot Urbana computer

## DRIVER INSTRUCTIONS

### Schedule 1405 (part of 1405) on 2019-04-11 [190411 U66B]

Company: _____

Driver:    mick-i, driving
Today's
Notes:    please accept 410is ticket wherever it lands. thank you. sorry about the non-clean vehicles. i'm stuck out of town longer than planned. i should be back monday.

*note visible to all drivers — on instructions and on dispatch screens*

Printed: Apr 26, 2019: 09:09 AM

### SCHEDULE

| Ar \| Dp | Stop | Time | On | Off |
|---|---|---|---|---|
| Depart | O'Hare Bus/Shuttle Ctr | 6:30 PM | – | – |
| Depart | Schaumburg IL (Woodfield–ish) | 7:00 PM | 3 | – |
| Depart | null | 7:15 PM | – | – |
| Depart | Downers Grove, IL | 7:35 PM | 1 | – |
| Depart | Bolingbrook, IL | 7:55 PM | – | – |
| Arrive | Hilton Champaign | 10:10 PM | – | – |
| Arrive | UIUC – Armory | 10:15 PM | – | 2 |
| Arrive | UIUC – Altgeld | 10:20 PM | – | – |
| Arrive | UIUC – ISR | 10:25 PM | – | 2 |

### RIDER GRID

| | ISR | ALT | ARM | HGI |
|---|---|---|---|---|
| BBM | – | – | – | – |
| DGF | – | – | 1 | – |
| NUL | – | – | – | – |
| SCH | 2 | – | 1 | – |
| ORD2 | – | – | – | – |

### DISPATCHER

If you have any questions or problems, please contact Dennis at (217) 979–4500. Do not give this number to customers under any circumstance, unless you are willing to have your cell phone number given to customers.

Back To Today's Trips

# DRIVER INSTRUCTIONS

**Schedule 900a (part of 900a) on 2019-04-12 [190412 U7GS]**

Company: _____

Driver: mick-i, driving

Today's Notes: mick: please put two scanners (turned off) and oyo key in outhouse at hensley where mj can find it. // mick: please reboot counter computer it's frozen. // MJ can you also load 510? So you'd do 510 530 (2 buses but grl driver will be able to scan) 550? please call after 9 am friday and let me know. // MJ 510 is LMAI going to all stops. 530 GRL does br6 gmp dfd, LMAI does TPT BBM DGF SCH. 550 lmai does all stops. I've emailed instructions to them, but you should print them out at hensley (if someone is there) or oyo (use counter computer). for 530, print two and cross stops off to make instrs for two drivers. signs are in hanging sign holder in shop. use door from wash bay to get in there. it's near the door to the office.

*(handwritten notes:)*
- visible to all drivers
- mich first driver scheduled to be @ oyo on this day

Printed: Apr 26, 2019: 09:09 AM

## SCHEDULE

| Ar \| Dp | Stop | Time | On | Off |
|---|---|---|---|---|
| Depart | UIUC – ISR | 9:00 AM | – | – |
| Depart | UIUC – PAR (Virginia) | 9:05 AM | 1 | – |
| Depart | UIUC – Armory | 9:20 AM | 10 | – |
| Depart | UIUC – Altgeld | 9:25 AM | – | – |
| Arrive | Bolingbrook, IL | 11:55 AM | – | 2 |
| Arrive | Downers Grove, IL | 12:15 PM | – | 2 |
| Arrive | Schaumburg IL (Woodfield–ish) | 12:35 PM | – | 7 |
| Arrive | O'Hare Terminal 2 | 12:55 PM | – | – |

## RIDER GRID

|  | ORDT2 | SCH | DGF | BBM |
|---|---|---|---|---|
| ALT | – | – | – | – |
| ARM | – | 7 | 1 | 2 |
| PAR | – | – | 1 | – |
| ISR | – | – | – | – |

## DISPATCHER

If you have any questions or problems, please contact Dennis at (217) 979–4500. Do not give this number to customers under any circumstance, unless you are willing to have your cell phone number given to customers.

Back To Today's Trips

## DRIVER INSTRUCTIONS

### Schedule 900 (part of 900) on 2019-04-13 [190413 E3MB]

Company: _____

Driver:    mick-i, driving

Today's Notes:    mick hoffman mercedes please. URGENT please reboot oyo counter comouter. display is stuck on and will burn out prematurely if left on forever, and i can't get into it and i need to get into it to access servers and to send 711 cancel emails. thanks,.

*visible to all drivers* [handwritten]

Printed: Apr 26, 2019: 09:10 AM

### SCHEDULE

| Ar \| Dp | Stop | Time | On | Off |
|---|---|---|---|---|
| Depart | Hilton Champaign | 8:40 AM | – | – |
| Depart | UIUC – ISR | 8:50 AM | 2 | – |
| Depart | UIUC – Armory | 9:00 AM | 15 | – |
| Depart | UIUC – Altgeld | 9:05 AM | – | – |
| Arrive | Willowbrook, IL | 11:15 AM | – | 4 |
| Arrive | Elmhurst, IL | 11:40 AM | – | 4 |
| Arrive | O'Hare Terminal 2 | 12:10 PM | – | – |
| Arrive | Golf Mill South of JC Penney | 12:25 PM | – | 8 |
| Arrive | Schaumburg IL (Woodfield-ish) | 12:45 PM | – | 1 |

### RIDER GRID

| | SCH | GMP | ORDT2 | EWF | BR6 |
|---|---|---|---|---|---|
| ALT | – | – | – | – | – |
| ARM | 1 | 7 | – | 3 | 4 |
| ISR | – | 1 | – | 1 | – |
| HGI | – | – | – | – | – |

### DISPATCHER

If you have any questions or problems, please contact Dennis at (217) 979-4500. Do not give this number to customers under any circumstance, unless you are willing to have your cell phone number given to customers.

Back To Today's Trips

# Exhibit B

Criticism of Yelp
Before and after 4/25/19 additional redaction

. Suburban Express – Champaign, IL | Yelp

# Yelp Kind of Sucks

★ ★ ★ ★ ★                    Before fix          1/3

**The Yelp Commandments**

**Thou shalt not criticize Yelp on Yelp:**

FEB 09, 2015 | 11:36AM PST
Hi,

We wanted to let you know your Specialties section on
http://www.yelp.com/biz/suburban-express-champaign falls outside our Content
Guidelines because it contained displaced content. We encourage you to use the
Specialties section to name a few of the things your business does best or makes your
business unique.

We've removed the following:

"We are the worst bus company ever -- just read the reviews! We can't figure out why
nearly 120,000 passengers rode us last year since we're so bad. Yelp is a pretty
worthless tool if your goal is to gather objective information. Negative reviews here
are typically posted by immature teens who are angry that they were held responsible
for their actions -- perhaps for the first time in their lives. Non-refundable
tickets are non-refundable. Buses leave on time, with or without you. The bus won't
come looking for you, so you have to figure out the bus stop location in advance.
Welcome to the real world."

Feel free to resubmit content that complies with our Content Guidelines
(http://www.yelp.com/guidelines). We hope you will continue to participate on Yelp
while keeping our Content Guidelines in mind.

Thanks for using Yelp!

Regards,
Penny
Yelp User Support

Yelp Official Blog | http://officialblog.yelp.com
Yelp Support Center | http://www.yelp-support.com
Yelp for Business Owners | https://biz.yelp.com

For your reference this is Case #: 3219832

**Thou shalt not mention reviewer's name in response to a review which divulges
your own personal information:**

JAN 26, 2015 | 12:04PM PST
Hi,

Your public comment in response to Siyao L's review of your business Suburban Express
was flagged by the community on the grounds that it wasn't appropriate for the forum.

We took a close look and decided to remove your comment because it discloses private
information (e.g., last names, personal information, etc.).

Please visit our Content Guidelines (http://www.yelp.com/guidelines) for more
information, and thank you for your interest in Yelp.

Removed Content: I don't know who Siyao L is, but I do know Siyao Luan. Siyao Luan
seems to be a pushy little ******* international student with a fragile ego – and he
has been permanently banned from Suburban Express. Here he is, trying to blame his
problems on others. If I were a guest in another country, I would certainly not act
like Siyao. I would be humble and polite.

As for Siyao's bizarre claims - a quick visit to the Illinois Secretary of State's
Corp/LLC search reveals that Suburban Express, Inc and Allerton Charter Coach, Inc.
and Green River Lines, Inc. are all separate legal entities, contrary to Siyao's
"theories." Siyao apparently cannot wrap his brain around the subcontractor
relationship where multiple companies work for one company to achieve a common goal –
providing speedy, reliable service at a reasonable price.

Regards,
Reuben
Yelp Support
San Francisco, California

Yelp Official Blog | http://officialblog.yelp.com
Yelp Support Center | http://www.yelp-support.com
Yelp for Business Owners | https://biz.yelp.com

For your reference this is Case #: 3168406

2/3

YELP JAN 29, 2015 | 07:59PM UTC We love hearing from you, whether you're sharing an
awesome idea or have a problem to report. We want to make sure your Yelp experience
is great, and we're looking forward to doing what we can to help! For now, we just
wanted to let you know that we've received your message. One of our agents will take
a look and respond to your inquiry, typically within 5 business days.

Please do not submit multiple inquiries about the same issue- this will slow down our ability to respond.

-The Yelp Support Team

Original Message:

Additional Information:
--------------------------------

Dear Idiots,

Please remove the last name "Toeppen" from the review of Suburban Express, Champaign,
IL written by Siyao L. This disclosure violates your own terms of service.

We do not appreciate that you have repeatedly deleted our response containing a
symmetric disclosure - of Siyao's last name.

You need to apply your policies consistently.

--------------------------------
For your reference this is Case #: 3181783

**Thou shalt not attempt to use the Internet to sidestep Almighty Yelp:**

Hi,

Your public comment in response to Siyao L.'s review of your business Suburban
Express was flagged by the community on the grounds that it wasn't appropriate for
the forum.

We took a close look and decided to remove your comment because it still discloses

private information (e.g., last names, personal information, etc.).

Please visit our Content Guidelines (http://www.yelp.com/guidelines) for more
information, and thank you for your interest in Yelp.

Removed Content: I don't know who Siyao L is, but I do know Siyao L***. Siyao L***
seems to be a pushy little Chinese engineering student with a fragile ego - and he
has been permanently banned from Suburban Express. You can find him online by
Googling "Siyao Illinois Automotive". Here he is, trying to blame his problems on
others. If I were a guest in another country, I would certainly not act like Siyao. I
would be humble and polite.

As for Siyao's bizarre claims - a quick visit to the Illinois Secretary of State's
Corp/LLC search reveals that Suburban Express, Inc and Allerton Charter Coach, Inc.
and Green River Lines, Inc. are all separate legal entities, contrary to Siyao's
"theories." Siyao apparently cannot wrap his brain around the subcontractor
relationship where multiple companies work for one company to achieve a common goal -
providing speedy, reliable service at a reasonable price.

About the asterisks - Yelp will not allow this idiot's last name in our response, but
they are happy to allow a last name in the review. Yelp is hilarious. We'll post our
full response at http://www.suburbanexpress.com/responsepage

Regards,
Ruby
Yelp Support
San Francisco, California

Yelp Official Blog | http://officialblog.yelp.com
Yelp Support Center | http://www.yelp-support.com
Yelp for Business Owners | https://biz.yelp.com

For your reference this is Case #: 3175177

YELP | Suburban Express - Champaign, IL | YELP

4/25/19, 8:16 PM

**Thou Simply Shalt Not:**

The Yelp gripe doesn't even match the "Removed Content":

Hi,

Your public comment in response to Mayank J's [Mayank Jain] review of your business
Suburban Express was flagged by the community...

We took a close look and decided to remove your comment because it discloses private
information (e.g., last names, personal information, etc.).

Please visit our Content Guidelines (http://www.yelp.com/guidelines) for more
information, and thank you for your interest in Yelp.

Removed Content:
Further proof that Yelp is for whiney losers.

Regards,
Reuben
Yelp Support
San Francisco, California

3/3

Yelp Official Blog | http://officialblog.yelp.com
Yelp Support Center | http://www.yelp-support.com
Yelp for Business Owners | https://biz.yelp.com

For your reference this is Case #: 3213969

Yelp isn't pro free speech - Yelp is pro Yelp clicks.

· Suburban Express – Champaign, IL | Yelp

## Yelp Kind of Sucks



The Yelp Commandments

*After Fix   1/3*

**Thou shalt not criticize Yelp on Yelp:**

FEB 09, 2015 | 11:36AM PST
Hi,

We wanted to let you know your Specialties section on
http://www.yelp.com/biz/suburban-express-champaign falls outside our Content
Guidelines because it contained displaced content. We encourage you to use the
Specialties section to name a few of the things your business does best or makes your
business unique.

We've removed the following:

"We are the worst bus company ever -- just read the reviews! We can't figure out why
nearly 120,000 passengers rode us last year since we're so bad. Yelp is a pretty
worthless tool if your goal is to gather objective information. Negative reviews here
are typically posted by immature teens who are angry that they were held responsible
for their actions -- perhaps for the first time in their lives. Non-refundable
tickets are non-refundable. Buses leave on time, with or without you. The bus won't
come looking for you, so you have to figure out the bus stop location in advance.
Welcome to the real world."

Feel free to resubmit content that complies with our Content Guidelines
(http://www.yelp.com/guidelines). We hope you will continue to participate on Yelp
while keeping our Content Guidelines in mind.

Thanks for using Yelp!

Regards,
Penny
Yelp User Support

Yelp Official Blog | http://officialblog.yelp.com
Yelp Support Center | http://www.yelp-support.com
Yelp for Business Owners | https://biz.yelp.com

For your reference this is Case #: 3219832

**Thou shalt not mention reviewer's name in response to a review which divulges
your own personal information:**

JAN 26, 2015 | 12:04PM PST
Hi,

Your public comment in response to Siyao L's review of your business Suburban Express
was flagged by the community on the grounds that it wasn't appropriate for the forum.

We took a close look and decided to remove your comment because it discloses private
information (e.g., last names, personal information, etc.).

Please visit our Content Guidelines (http://www.yelp.com/guidelines) for more
information, and thank you for your interest in Yelp.

Removed Content: I don't know who Siyao L is, but I do know Siyao Luan. Siyao Luan
seems to be a pushy little ******* international student with a fragile ego – and he
has been permanently banned from Suburban Express. Here he is, trying to blame his
problems on others. If I were a guest in another country, I would certainly not act
like Siyao. I would be humble and polite.

As for Siyao's bizarre claims - a quick visit to the Illinois Secretary of State's
Corp/LLC search reveals that Suburban Express, Inc and Allerton Charter Coach, Inc.
and Green River Lines, Inc. are all separate legal entities, contrary to Siyao's
"theories." Siyao apparently cannot wrap his brain around the subcontractor
relationship where multiple companies work for one company to achieve a common goal –
providing speedy, reliable service at a reasonable price.

Regards,
Reuben
Yelp Support
San Francisco, California

Yelp Official Blog | http://officialblog.yelp.com
Yelp Support Center | http://www.yelp-support.com
Yelp for Business Owners | https://biz.yelp.com

2/3

For your reference this is Case #: 3168406

YELP JAN 29, 2015 | 07:59PM UTC We love hearing from you, whether you're sharing an
awesome idea or have a problem to report. We want to make sure your Yelp experience
is great, and we're looking forward to doing what we can to help! For now, we just
wanted to let you know that we've received your message. One of our agents will take
a look and respond to your inquiry, typically within 5 business days.

Please do not submit multiple inquiries about the same issue- this will slow down our ability to respond.

-The Yelp Support Team

Original Message:

Additional Information:
--------------------------------

Dear Idiots,

Please remove the last name "Toeppen" from the review of Suburban Express, Champaign,
IL written by Siyao L. This disclosure violates your own terms of service.

We do not appreciate that you have repeatedly deleted our response containing a
symmetric disclosure - of Siyao's last name.

You need to apply your policies consistently.

--------------------------------
For your reference this is Case #: 3181783

**Thou shalt not attempt to use the Internet to sidestep Almighty Yelp:**

Hi,

Your public comment in response to Siyao L.'s review of your business Suburban
Express was flagged by the community on the grounds that it wasn't appropriate for
the forum.

We took a close look and decided to remove your comment because it still discloses

private information (e.g., last names, personal information, etc.).

Please visit our Content Guidelines (http://www.yelp.com/guidelines) for more
information, and thank you for your interest in Yelp.

Removed Content: I don't know who Siyao L is, but I do know Siyao L***. Siyao L***
seems to be a pushy little ******* engineering student with a fragile ego - and he
has been permanently banned from Suburban Express. You can find him online by
Googling "Siyao Illinois Automotive". Here he is, trying to blame his problems on
others. If I were a guest in another country, I would certainly not act like Siyao. I
would be humble and polite.

As for Siyao's bizarre claims - a quick visit to the Illinois Secretary of State's
Corp/LLC search reveals that Suburban Express, Inc and Allerton Charter Coach, Inc.
and Green River Lines, Inc. are all separate legal entities, contrary to Siyao's
"theories." Siyao apparently cannot wrap his brain around the subcontractor
relationship where multiple companies work for one company to achieve a common goal -
providing speedy, reliable service at a reasonable price.

About the asterisks - Yelp will not allow this idiot's last name in our response, but
they are happy to allow a last name in the review. Yelp is hilarious. We'll post our
full response at http://www.suburbanexpress.com/responsepage

Regards,
Ruby
Yelp Support
San Francisco, California

Yelp Official Blog | http://officialblog.yelp.com
Yelp Support Center | http://www.yelp-support.com
Yelp for Business Owners | https://biz.yelp.com

For your reference this is Case #: 3175177

YELP | Suburban Express - Champaign, IL | YELP

4/25/19, 8:17 PM

**Thou Simply Shalt Not:**

The Yelp gripe doesn't even match the "Removed Content":

Hi,

Your public comment in response to Mayank J's [Mayank Jain] review of your business
Suburban Express was flagged by the community...

We took a close look and decided to remove your comment because it discloses private
information (e.g., last names, personal information, etc.).

3/3

Please visit our Content Guidelines (http://www.yelp.com/guidelines) for more
information, and thank you for your interest in Yelp.

Removed Content:
Further proof that Yelp is for whiney losers.

Regards,
Reuben
Yelp Support
San Francisco, California

Yelp Official Blog | http://officialblog.yelp.com
Yelp Support Center | http://www.yelp-support.com
Yelp for Business Owners | https://biz.yelp.com

For your reference this is Case #: 3213969

Yelp isn't pro free speech - Yelp is pro Yelp clicks.

# Exhibit C

Chi entry on page of shame
Before and after 4/25/19 redaction

Suburban Express | Northbrook Old Orchard Woodfield Oakbrook Crestwood Tinley Champaign Urbana | Not Illini Express Not LEX

4/25/19, 9:56 PM

```
Downingtown, PA  19335        (484) 883-2064
ashtaka2@illinois.edu         March, 2017

Taylor J Jeffries            7895 Drake Alcove
Woodbury, MN  55125          (201) 759-0653
taylorjj1@comcast.net        January, 2017

Carter S Isaacson            2033 Milwaukee Ave
Riverwoods, IL  60015        (224) 659-6747
csisaac@ilstu.edu

WARREN F THOMAS              1009 w Pennsylvania
Westmont, IL  61801         224-392-3901
warren_thomas@rocketmail.com  March, 2014
```

*Before*
*fix*

*1/1*

## Banned

Sometimes, customers do ridiculous things which get them banned. Cutting off a bus so you can get on will get you banned every time. Delaying a bus will get you banned. And so on. Here is a list of people who have been permanently banned for various reasons:

```
Name, Reason

Sisi  He                    (608) 698-7323
306 E. White St #101        Champaign, IL  61820
angeliawuchen@hotmail.com

We believe Sisi He is a danger to herself and others.

Welshans, Olivia            (815) 673-8113
509 E Washington St.        Pontiac, IL 61764
okw2@dailyillini.com

Identified herself as an employee of an entity whose
employees are not welcome on Suburban Express.

Aaron L Navarro             2795 Delaware Ln.
Lindenhurst, IL  60046      (224) 237-5877
aaronlarnavarro@gmail.com   March, 2017

Aaron L Navarro is morally and ethically challenged,
in our opinion.

Greg  Pace                  2523 River Woods Drive
Naperville, IL  60565       June, 2016
(630) 779-7361              grpace@gmail.com

Greg Pace is morally and ethically challenged, in our opinion.

Nicole, Katherine, or Joseph Hancock
Cut off a rolling bus with a car in order to board it

Laurie Casas, plastic surgeon, and Manfred Kubler
Caused a bus to be delayed

Jeremy Leval, Alain Leval, and the entire Leval family
of Highland Park, IL We find them to be generally
unpleasant, if not insane, people and we do not want

them anywhere near our buses or offices.

Katherine Chi of Washington DC area

We believe customer is mentally unstable based on
her activities as reddit user AlmostGrad100
```

**Suburban Express | (217) 344-5500 | 714 S Sixth Street, Champaign, IL 61820**

Images & Text copyright 1983-2017 Suburban Express Inc

Suburban Express | Northbrook Old Orchard Woodfield Oakbrook Crestwood Tinley Champaign Urbana | Not Illini Express Not LEX

4/25/19, 9:58 PM

```
Downingtown, PA  19335          (484) 883-2064
ashtaka2@illinois.edu           March, 2017

Taylor J Jeffries               7895 Drake Alcove
Woodbury, MN  55125             (201) 759-0653
taylorjj1@comcast.net           January, 2017

Carter S Isaacson               2033 Milwaukee Ave
Riverwoods, IL  60015           (224) 659-6747
csisaac@ilstu.edu

WARREN F THOMAS                  1009 w Pennsylvania
Westmont, IL  61801             224-392-3901
warren_thomas@rocketmail.com    March, 2014
```

**Banned**

Sometimes, customers do ridiculous things which get them banned. Cutting off a bus so you can get on will get you banned every time. Delaying a bus will get you banned. And so on. Here is a list of people who have been permanently banned for various reasons:

Name, Reason

```
Sisi  He                        (608) 698-7323
306 E. White St #101            Champaign, IL  61820
angeliawuchen@hotmail.com
```

We believe Sisi He is a danger to herself and others.

```
Welshans, Olivia                (815) 673-8113
509 E Washington St.            Pontiac, IL 61764
okw2@dailyillini.com
```

Identified herself as an employee of an entity whose employees are not welcome on Suburban Express.

```
Aaron L Navarro                 2795 Delaware Ln.
Lindenhurst, IL  60046          (224) 237-5877
aaronlarnavarro@gmail.com       March, 2017
```

Aaron L Navarro is morally and ethically challenged, in our opinion.

```
Greg  Pace                      2523 River Woods Drive
Naperville, IL  60565           June, 2016
(630) 779-7361                  grpace@gmail.com
```

Greg Pace is morally and ethically challenged, in our opinion.

Nicole, Katherine, or Joseph Hancock
Cut off a rolling bus with a car in order to board it

Laurie Casas, plastic surgeon, and Manfred Kubler
Caused a bus to be delayed

Jeremy Leval, Alain Leval, and the entire Leval family of Highland Park, IL We find them to be generally unpleasant, if not insane, people and we do not want

them anywhere near our buses or offices.

Katherine Chi of Washington DC area

Images & Text copyright 1983-2017 Suburban Express Inc