

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



PEOPLE OF THE STATE OF ILLINOIS )
ex rel. KWAME RAOUL, Attorney General )
of the State of Illinois, )
Plaintiff, )
v. ) No. 1:18-cv-2861
) Judge Andrea R. Wood
)
SUBURBAN EXPRESS, INC.; ALLERTON )
CHARTER COACH, INC.; and DENNIS )
TOEPPEN, individually and in his official )
capacity as owner, )
Defendants. )

SUPPLEMENTAL FILING IN SUPPORT OF INNOCENT IDIOMATIC USAGE OF "MSG"

Plaintiffs have alleged that Defendants' use of "MSG" in describing Plaintiff's lawsuit and/or Plaintiff's false, defamatory, misleading and deceptive boasting about consent decree constituted making a racist statement.

Plaintiffs further allege that Defendants knew that using MSG to describe Plaintiff's lawsuit in communication with WTTW reporter would lead to wide dissemination of the supposed racist statement to customers of Defendants.

1. Defendant Toeppen struggled to defend his use of MSG to describe Plaintiff's lawsuit while in court. Defendant was surprised and dumbfounded that neither the court nor Plaintiffs readily accepted MSG as describing enhancing or amplifying something not related to food.

2. Defendant Toeppen failed to relate to court that Defendant makes idiomatic use of MSG when describing EDR (extended dynamic range) photographs and photographs and video/movie footage which he judges to have been unreasonably enhanced or color graded.

3. While perseverating on the MSG matter, Defendant Toeppen on the evening of April 26, 2019 recalled that his idiomatic use of MSG in the photographic realm traces back to a specific email conversation in 2016 with a friend.

4. In April, 2016, Defendant Toeppen shot 16mm movie film, 35mm movie film (ie https://vimeo.com/243496433 ), 35mm slide film, and digital pictures of semaphore signals in Chapelle, NM. Upon reviewing said photos, Defendant Toeppen wished he had composed the Chapelle shots differently, and he emailed his friend attached photo taken by Jim Crisanti (Exhibit A), along with a lesser photo of the same subject, like Exhibit B. Defendant Toeppen was primarily interested in composition of the shot, but noticed that the color, contrast and gamma of the photograph had been altered.

5. Defendant Toeppen's friend replied that "Crisanti definitely added some MSG after the fact." See Exhibit C.

6. Defendant Toeppen, finding use of MSG to describe an altered photo to be clever and novel, adopted the practice of using MSG to describe photos which had been altered.

7. Defendant Toeppen asserts that using MSG to describe Plaintiffs' lawsuit is consistent with his practice of employing MSG to describe things which are artifically enhanced.

8. Defendant Toeppen asserts that Plaintiffs' claim that Defendant Toeppen knew that uttering MSG comparison to WTTW would necessarily result in wide distribution of the statement to customers of Suburban Express is absurd and without basis in fact.

9. Defendant Toeppen provided a large amount of information to WTTW reporter, and very little was quoted. Defendant Toeppen's MSG statement in email to WTTW reporter is internally justified by the bullet points which follow that are all consistent with the idea of something being enhanced or amplified.

10. Defendant Toeppen's MSG statement was not a "dog whistle," coded racist statement, or overt racist statement. It was an innocent idiomatic description of Plaintiff's actions.

I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*

Dennis Toeppen

Respectfully submitted April 27, 2019 by Defendant Toeppen, representing himself and both of his businesses in his role of sole stockholder and president of both.

# Exhibit A

Crisanti Photo WITH "MSG"



# Exhibit B

Photo without "MSG"



# Exhibit C

2016 MSG Email

**From:** Jim ⟨jim@...⟩
**Subject:** Re: better example
**Date:** May 22, 2016 at 11:30 PM
**To:** Dennis Toeppen dt15@net66.net

On 5/22/2016 11:22 PM, Dennis Toeppen wrote:

> no contest. the better guy forces foreground when there is none by getting low, and includes more interesting context in the backtground and dosn't waste space on sky.
>
> but the better guy tweaked the colors.

Crisanti definitely added some MSG after the fact