UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

2019 MAY -6 AM 11: 28

FILED

MAY - 6 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PEOPLE OF THE STATE OF ILLINOIS  )
ex rel. KWAME RAOUL, Attorney General )
of the State of Illinois, )
Plaintiff, )
)
v. ) No. 1:18-cv-2861
) Judge Andrea R. Wood
SUBURBAN EXPRESS, INC.; ALLERTON )
CHARTER COACH, INC.; and DENNIS )
TOEPPEN, individually and in his official )
capacity as owner, )
Defendants. )

## FILING TO ADVISE COURT AND PLAINTIFF OF CHANGES TO DEFENDANTS' WEBSITES AND OPERATIONS

1) Suburban Express website, other than lost and found form, ndil.html, and announcment of cessation of business, will be taken down as of 5/7/19.

2) Suburban Express is ceasing operations 5/7/19.

3) Allerton Charter Coach is ceasing operations, other than movements related to disposition of vehicles, on 5/7/19. Attached form MCS-150 was mailed to FMCSA/DOT on May 2, 2019. MCS-150 notifies FMCSA of end of operations and causes operating authorities and DOT number to be voided.

4) Allerton Charter Coach website is down and has been down for more than a week.

5) Illini Shuttle website, other than lost and found form and announcement of cessation of business, will be taken down as of 5/7/19.

6) Wind-down accounting will take place over next 4-8 weeks.

7) Allerton Charter Coach, Inc and Suburban Express, Inc are being dissolved as soon as accounting wind-down accounting is completed, and hopefully no later than July 31.

8) The above actions render state's recent motions moot, and seem to render most of the consent decree moot. They obviate the need for court to devote further resources to this matter.

9) The $100k payment required by consent decree will be made by approximately May 15, months ahead of schedule.

10) Defendants continue to be agreeable to extending Consent Decree by a few weeks to make state whole for initial delayed compliance and for compliance which began during 30 day cure period.

11) Green River Lines, of Peru, IL has indicated that they will be offering bus service to and from University of Iowa beginning this fall.

12) We have decided not to facilitate or aid in replacement of Champaign-Urbana service. Instead, we prefer to sit on the sidelines and watch as competitor's fares rise, frequency falls, and passenger injuries and fatalities increase. We understand that competitor had a ten injury accident only a few weeks ago at Onarga, IL on I-57. We have never had a passenger injury or fatality in 35 years.

13) Defendants appreciate Judge Wood's patient, compassionate, empathetic, courteous, intelligent, and professional handling of this matter, as well as other matters observed while waiting for status calls.

14) Defendant Toeppen's reason for undertaking above actions: "I stopped enjoying this business around 2001, and I think it's beginning to show."

I declare under penalty of perjury that the foregoing is true and correct.

_____
Dennis Toeppen

Respectfully submitted May 2, 2019 by Defendant Toeppen, representing himself and both of his businesses in his role of sole stockholder and president of both.

Exhibit A

MCS-150

FORM MCS-150  Revised 06/22/2018                                           OMB No.: 2126-0013  Expiration: 04/30/2019

The collection of this information is authorized under the provisions of 49 CFR, Parts 390-399.
Public reporting for this collection of information is estimated to be 20 minutes (and 7.5 minutes for the biennial updates) per response, including the time for reviewing the instructions and completing and reviewing the data inserted on the form electronically. All responses to this collection of information are mandatory, and will be provided in confidence to the extent allowed by law. Notwithstanding any other provision of law, no person is required to respond to nor shall a person be subject to a penalty for failure to comply with a collection of information subject to the requirements of the Paperwork Reduction Act unless that collection of information displays a current valid OMB Control Number. The valid OMB Control Number for this information collection is 2126-0013. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to: Information Collection Clearance Officer, Federal Motor Carrier Safety Administration, MC-MBI, U.S. Department of Transportation, Washington, D.C. 20590.


United States Department of Transportation
**Federal Motor Carrier Safety Administration**

Motor Carrier Identification Report
(Application for USDOT Number)

# FORM MCS-150

**REASON FOR FILING** (select only one):  *effective 5/7/19*
☐ New Application   ☐ Biennial Update or Changes   ☒ Out of Business Notification   ☐ Reapplication (after revocation of new entrant)

**1. LEGAL BUSINESS NAME:** Allenton Charter Coach, Inc.

**2. DOING BUSINESS AS NAME** (if different from Legal Business Name): _____

**3-7. PRINCIPAL PLACE OF BUSINESS:**
1502 Airport Rd    Urbana, IL    61802
3. STREET ADDRESS/ROUTE NUMBER    4. CITY    5. STATE/PROVINCE    6. ZIP CODE    7. COLONIA (Mexico only)

**8-12. MAILING ADDRESS:**  ☐ Same as Principal Address   ☐ Mailing address below:
PO Box 17221    Urbana, IL    61803
8. STREET ADDRESS/ROUTE NUMBER    9. CITY    10. STATE/PROVINCE    11. ZIP CODE    12. COLONIA (Mexico only)

**13-15. CONTACT NUMBERS:**
217 344 2600
13. PRINCIPAL BUSINESS PHONE NUMBER    14. PRINCIPAL CONTACT CELL PHONE NUMBER    15. PRINCIPAL BUSINESS FAX NUMBER

**16-19. IDENTIFICATION NUMBERS:**
☒ 1351172    518723        37-1416386
16. USDOT NUMBER    17. MC or MX NUMBER    18. DUN & BRADSTREET NUMBER    19. IRS/TAX ID NUMBER
(see instructions before completing this section)

**20. E-MAIL ADDRESS:** _____

**21. CARRIER MILEAGE** (to nearest 10,000 miles for the previous 12 months): _____

**22. COMPANY OPERATIONS** (check all that apply):
☒ A. Interstate Carrier   ☐ B. Intrastate Hazmat Carrier   ☐ C. Intrastate Non-Hazmat Carrier   ☐ D. Interstate Hazmat Shipper   ☐ E. Intrastate Hazmat Shipper

**23. OPERATION CLASSIFICATIONS** (check all that apply):
☒ A. Authorized For-Hire    ☐ D. Private Motor Carrier of Passengers (Business)    ☐ G. U.S. Mail    ☐ L. Other:
☐ B. Exempt For-Hire                                                                 ☐ H. Federal Government
☐ C. Private Property        ☐ E. Private Motor Carrier of Passengers (Non-Business) ☐ I. State Government
                             ☐ F. Migrant                                            ☐ J. Local Government
                                                                                     ☐ K. Indian Tribe

FORM MCS-150   Revised 06/22/2018                                           OMB No.: 2126-0013   Expiration: 04/30/2019

### 24. CARGO CLASSIFICATIONS (check all that apply):

- ☐ A. General Freight
- ☐ B. Household Goods
- ☐ C. Metal: Sheets, Coils, Rolls
- ☐ D. Motor Vehicles
- ☐ E. Drive Away/Towaway
- ☐ F. Logs, Poles, Beams, Lumber
- ☐ G. Building Materials
- ☐ H. Mobile Homes
- ☐ I. Machinery, Large Objects
- ☐ J. Fresh Produce
- ☐ K. Liquids/Gases
- ☐ L. Intermodal Container
- ☒ M. Passengers
- ☐ N. Oil Field Equipment
- ☐ O. Livestock
- ☐ P. Grain, Feed, Hay
- ☐ Q. Coal/Coke
- ☐ R. Meat
- ☐ S. Garbage, Refuse, Trash
- ☐ T. U.S. Mail
- ☐ U. Chemicals
- ☐ V. Commodities Dry Bulk
- ☐ W. Refrigerated Food
- ☐ X. Beverages
- ☐ Y. Paper Product
- ☐ Z. Utility
- ☐ AA. Farm Supplies
- ☐ BB. Construction
- ☐ CC. Water Well
- ☐ DD. Other: _____

### 25. HAZARDOUS MATERIALS (Carrier or Shipper) (check all that apply):
(C=Carrier; S=Shipper; B=Bulk, in cargo tanks; NB=Non-Bulk, in packages)

| | C S B NB | | C S B NB | | C S B NB |
|---|---|---|---|---|---|
| A. DIV 1.1 | ☐☐☐☐ | O. DIV 2.3D | ☐☐☐☐ | CC. DIV 6.2 | ☐☐☐☐ |
| B. DIV 1.2 | ☐☐☐☐ | P. CLASS 3 | ☐☐☐☐ | DD. CLASS 7 | ☐☐☐☐ |
| C. DIV 1.3 | ☐☐☐☐ | Q. CLASS 3A | ☐☐☐☐ | EE. HRCQ | ☐☐☐☐ |
| D. DIV 1.4 | ☐☐☐☐ | R. CLASS 3B | ☐☐☐☐ | FF. CLASS 8 | ☐☐☐☐ |
| E. DIV 1.5 | ☐☐☐☐ | S. COMB LIQ | ☐☐☐☐ | GG. CLASS 8A | ☐☐☐☐ |
| F. DIV 1.6 | ☐☐☐☐ | T. DIV 4.1 | ☐☐☐☐ | HH. CLASS 8B | ☐☐☐☐ |
| G. DIV 2.1 (Flam. Gas) | ☐☐☐☐ | U. DIV 4.2 | ☐☐☐☐ | II. CLASS 9 | ☐☐☐☐ |
| H. DIV 2.1 LPG | ☐☐☐☐ | V. DIV 4.3 | ☐☐☐☐ | JJ. ELEVATED TEMP. MAT. | ☐☐☐☐ |
| I. DIV 2.1 (Methane) | ☐☐☐☐ | W. DIV 5.1 | ☐☐☐☐ | KK. INFECTIOUS WASTE | ☐☐☐☐ |
| J. DIV 2.2 | ☐☐☐☐ | X. DIV 5.2 | ☐☐☐☐ | LL. MARINE POLLUTANTS | ☐☐☐☐ |
| K. DIV 2.2D (Ammonia) | ☐☐☐☐ | Y. DIV 6.1A | ☐☐☐☐ | MM. HAZARDOUS SUB (RQ) | ☐☐☐☐ |
| L. DIV 2.3A | ☐☐☐☐ | Z. DIV 6.1B | ☐☐☐☐ | NN. HAZARDOUS WASTE | ☐☐☐☐ |
| M. DIV 2.3B | ☐☐☐☐ | AA. DIV 6.1 POISON | ☐☐☐☐ | OO. ORM | ☐☐☐☐ |
| N. DIV 2.3C | ☐☐☐☐ | BB. DIV 6.1 SOLID | ☐☐☐☐ | | |

### 26. NUMBER OF VEHICLES THAT WILL BE OPERATED IN THE U.S.:

| | Straight Trucks | Truck Tractors | Trailers | Hazmat Cargo Tank Trucks | Hazmat Cargo Tank Trailers | Motor-coach | School Bus 1-8 | School Bus 9-15 | School Bus 16+ | Bus 16+ | Passenger Van 1-8 | Passenger Van 9-15 | Limousine 1-8 | Limousine 9-15 | Limousine 16+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Owned | 0 | — | — | — | — | — | — | — | — | — | — | 7 | — | — | — |
| Term Leased | ↓ | — | — | — | — | — | — | — | — | — | — | 7 | — | — | — |
| Trip Leased | ↓ | — | — | — | — | — | — | — | — | — | — | 7 | — | — | — |

### 27. DRIVER INFORMATION:

| DRIVER INFORMATION | INTERSTATE | INTRASTATE | TOTAL DRIVERS | TOTAL CDL DRIVERS |
|---|---|---|---|---|
| Within 100-Mile Radius | | | | |
| Beyond 100-Mile Radius | | | | |

### 28. IS YOUR USDOT NUMBER REGISTRATION CURRENTLY REVOKED BY THE FMCSA?

○ Yes  ☒ No    If yes, enter your USDOT Number: _____

FORM MCS-150 • Page 2 of 3

FORM MCS-150   Revised 06/22/2018                                     OMB No.: 2126-0013   Expiration: 04/30/2019

### 29. COMPLIANCE CERTIFICATION:

ALL MOTOR PASSENGER CARRIER APPLICANTS must certify as follows:

*Applicant is fit, willing, and able to provide the proposed operations and to comply with all pertinent statutory and regulatory requirements, including the U.S. Department of Transportation's Americans with Disabilities Act regulations for over-the-road bus companies located at 49 CFR Part 37, Subpart H, if applicable.*

☐ YES

Private entities that are primarily in the business of transporting people, whose operations affect commerce, and that transport passengers in an over-the-road bus (defined as a bus characterized by an elevated passenger deck over a baggage compartment) are subject to the U.S. Department of Transportation's Americans with Disabilities Act regulations located at 49 CFR Part 37, Subpart H. For a general overview of these regulations, go to the Federal Motor Carrier Safety Administration's Web site at www.fmcsa.dot.gov/rules-regulations/bus/company/ada-guidelines.htm.

### 30. PLEASE ENTER NAME(S) OF SOLE PROPRIETOR, PARTNERS, OR OFFICERS AND TITLES

*(e.g., president, treasurer, general partner, limited partner)*

1. _____
2. _____
   *(please type or print names)*

### 31. CERTIFICATION STATEMENT *(to be completed by authorized official):*

I, **Dennis Toeppen** *(please type or print name)*, certify that I am familiar with the Federal Motor Carrier Safety Regulations and/or Federal Hazardous Materials Regulations. Under penalties of perjury, I declare that the information entered on this report is, to the best of my knowledge and belief, true, correct, and complete.

Signature: *[signed]*   Title: **President** *(please type or print)*   Date: **5/3/19**



Please file me.

Thank you.