UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS ex rel. KWAME RAOUL, Attorney General of the State of Illinois,<br>Plaintiff,<br><br>v.<br><br>SUBURBAN EXPRESS, INC.; ALLERTON CHARTER COACH, INC.; and DENNIS TOEPPEN, individually and in his official capacity as owner,<br>Defendants. | No. 1:18-cv-2861<br>Judge Andrea R. Wood |

**FILED**
MAY 2 0 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**FILING TO ADVISE COURT AND PLAINTIFF OF COMPLIANCE WITH 3(a) $100,000 PAYMENT REQUIREMENT**

1) On May 15, 2019, defendant Toeppen caused a check for $100,000 to be hand-delivered to plaintiff, roughly five months prior to mutually-agreed deadline.

2) Although 3(a) calls for defendant to tender a cashier's check, a law firm's check was tendered pursuant to mutual agreement of the parties.

3) A redacted image of said check is attached as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Dennis Toeppen

Respectfully submitted May 15, 2019 by Defendant Toeppen, representing himself and both of his businesses in his role of sole stockholder and president of both.

# EXHIBIT A



**LAURA K. MCNALLY**
Partner

321 North Clark Street
Suite 2300
Chicago, IL 60654

Direct 312.464.
Main 312.464.
Fax 312.896.
@loeb.com

Via Hand-Delivery

May 15, 2019

Alison Hill
Office of the Attorney General of Illinois

100 W. Randolph Street, 11th Floor
Chicago, IL 60601

Re: *People of the State of Illinois v. Suburban Express*, Case No. 18-cv-02861 (N.D.Ill.)

Dear Alison:

Pursuant to Paragraph 3(a) of the Consent Decree filed in the above-entitled action, and on behalf of defendants Suburban Express Inc., Allerton Charter Coach, Inc. and Dennis Toeppen, enclosed please find a check #127027 for $100,000.00 payable to "Attorney General's Consumer Trust Account." Please direct all correspondence relating to this action to Mr. Toeppen.

Sincerely,

Laura K. McNally
Partner

check #127027

cc: Mr. Dennis Toeppen

Los Angeles   New York   Chicago   Nashville   Washington, DC   San Francisco   Beijing   Hong Kong   www.loeb.com

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.

**** Remittance Copy *****

**Loeb & Loeb, LLP**

| Voucher | Invoice # | Inv Date | Invoice Amount | Invoice Description | Amount Paid |
|---|---|---|---|---|---|
| 689706 | CK051519090BMCNA | 05/15/19 | 100,000.00 | SETTLEMENT AGREEMENT OBLIGATION | 100,000.00 |

**Ref Id:**

| Acct. Loc. | Vendor # | | | Date of Payment | Check # | Amount Paid |
|---|---|---|---|---|---|---|
| LA | 41592 | | | 05/15/19 | 127027 | 100,000.00 |

**LOEB & LOEB LLP**
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067

CITY NATIONAL BANK
2029 CENTURY PARK EAST
SUITE 100
LOS ANGELES, CA 90067

16-1606/1220

Check Date: 05/15/19
Check No.: 127027

Check Amount
*****100000.00

VOID AFTER 90 DAYS

Pay Only: One Hundred Thousand and 00/100 Dollar

Pay To The Order Of: ATTORNEY GENERAL'S CONSUMER TRUST ACCOUNT

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $2,500.