# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Lisa Madigan

                                  Plaintiff,

v.                                                            Case No.: 1:18−cv−02861
                                                                     Honorable Andrea R. Wood

Suburban Express, Inc., et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 23, 2019:

       MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held. Plaintiffs' motion for miscellaneous relief [117] is taken under advisement. Defendants are directed to maintain a website that conforms with the requirements of the consent decree until 10/9/2019. The status hearing previously set for 6/20/2019 is stricken and reset to 7/16/2019 at 10:30 a.m. Mailed notice. (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.