# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS *ex rel.* KWAME RAOUL, Attorney General of the State of Illinois, | ) ) ) ) No. 1:18-cv-2861 |
| *Plaintiff*, | ) ) Judge Andrea R. Wood |
| v. | ) ) |
| SUBURBAN EXPRESS, INC.; ALLERTON CHARTER COACH, INC.; and DENNIS TOEPPEN, individually and in his official capacity as owner, | ) ) ) ) ) |
| *Defendants*. | ) |

## **NOTICE OF MOTION**

To: Suburban Express, Inc.
Allerton Charter Coach, Inc.
Dennis Toeppen
P.O. Box 17221
Urbana, IL 61803
NDIL@net66.net

Please take notice that on Tuesday, August 27, 2019, at 9:00 A.M., we shall appear before the Honorable Andrea R. Wood, or any other judge sitting in her stead, in Room 1925 of the Everett McKinley Dirksen United States Courthouse located at 219 S. Dearborn St., Chicago, IL 60604, to present its previously-filed **Motion to Amend Consent Decree Date** (Dkt. #126), a copy of which has been previously served upon you via the Court's CM/ECF system.

1

Date: August 22, 2019                     Respectfully submitted,

                                                               KWAME RAOUL
                                                               Attorney General of the State of Illinois

                                                               By: /s/ *Alison V. Hill*

                                                               Jeanne Witherspoon
                                                               Matthew V. Chimienti
                                                               Alison V. Hill
                                                               Jeff VanDam
                                                               Thomas J. Verticchio
                                                               *Assistant Attorneys General*
                                                               Civil Rights & Special Litigation Bureaus
                                                              OFFICE OF THE ILLINOIS ATTORNEY GENERAL
                                                              100 W. Randolph St., 11th Floor
                                                              Chicago, IL 60601
                                                              Tel.: (312) 814-3954
                                                              jwitherspoon@atg.state.il.us
                                                              mchimienti@atg.state.il.us
                                                              ahill@atg.state.il.us
                                                              jvandam@atg.state.il.us
                                                              tverticchio@atg.state.il.us

## **CERTIFICATE OF SERVICE**

I, Alison V. Hill, an attorney, certify that on August 22, 2019 I caused the foregoing **Notice of Motion** to be electronically filed via the Court's CM/ECF system and thereby served on all counsel and pro se litigants of record.

                                                   /s/ *Alison V. Hill*
                                                   Assistant Attorney General