

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



FILED

AUG 2 8 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS ) <br> ex rel. KWAME RAOUL, Attorney General ) <br> of the State of Illinois, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SUBURBAN EXPRESS, INC.; ALLERTON ) <br> CHARTER COACH, INC.; and DENNIS ) <br> TOEPPEN, individually and in his official ) <br> capacity as owner, ) <br> Defendants. ) | No. 1:18-cv-2861 <br> Judge Andrea R. Wood |

## SUPPLEMENT TO RESPONSE TO PLAINTIFF'S MOTION TO AMEND DATED 8/22/19

1. Plaintiff has petitioned court to order an amendment to Consent Decree ("CD") executed by Plaintiff and Defendants on or about April 9, 2019.

2. CD offered Defendants possibility of closure in this matter as early as six months after date upon which Defendants cause payment of $100,000 to be made to Plaintiff.

3. Defendant Toeppen's definition of closure is the absence of events which would foreseeably cause press coverage.

4. Inconsequential activity in this case, ie filing of a motion as opposed to a ruling on a motion, has led to frequent, redundant, and pointless press coverage of this matter.

5. A particular reporter, by the name of Ben Zigterman, seems both obsessed with this matter and unable to produce accurate or truthful articles regarding same. For instance, he once wrote that

Defendant Toeppen refused to communicate with the publication for whom he works when in fact Defendant Toeppen merely refused to communicate with a sole employee of the publication, Ben Zigterman. In another article, Zigterman claimed that he called Defendant Suburban Express' office and was forced to listen to the They Might Be Giants song Destination Moon on loop. Yet phone logs reveal that neither of Zigterman's two tightly spaced calls exceeded the length of the song. The song did not, in fact, play on loop. In recent reporting, Zigterman has also made false or unsubstantiated claims about the wording of the CD.

6. In short, Defendants are tired of enduring unfounded attacks.

7. Defendants are also frustrated by false, defamatory, and misleading statements issued by AG Kwame Raoul's office.

8. Defendants executed CD knowing that Defendants got to control how far into the future this nightmare would drag, by controlling the timing of $100,000 payment made to Plaintiff.

9. Defendants chose to cause payment to be made as soon as possible, within about a month of execution of CD, in order to accelerate closure and accelerate the termination of stressful events relating to this litigation.

10. Plaintiff now seeks to amend language of the CD in such a way that denies Defendants timely closure. Plaintiff's proposed amendment causes this matter to drag on well into 2020, and virtually guarantees press attention and harassment by Mr Zigterman and others in the new year.

11. Defendants would not have caused payment to be made 5 months in advance of deadline but for Defendants' expectation that closure would arrive six months thereafter. Defendants would have likely invested $100,000 for five months instead.

12. Defendant Toeppen, undersigned, vehemently objects to delayed closure and represents that he would not have executed the CD had it caused closure to drag on into 2020.

13. Defendants reiterate their plea for the court to reject Plaintiff's motion to amend.

I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*

Dennis Toeppen

Respectfully submitted August 27, 2019 by Defendant Toeppen, representing himself and both of his businesses in his role of sole stockholder and president of both.