# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Lisa Madigan

                              Plaintiff,

v.                                                           Case No.: 1:18−cv−02861
                                                            Honorable Andrea R. Wood

Suburban Express, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 27, 2019:

      MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held. Counsel for Plaintiff appeared and Defendant Dennis Toeppen appeared pro se. Pursuant to the discussion held in open court and for the reasons stated on the record, Plaintiff';s motion to amend consent decree date [126] is taken under advisement. Ruling by mail. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.