UNITED STATES DISTRICT COURT
FOR the Northern District of Illinois
Eastern Division

**FILED**
NOV 18 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| LISA MADIGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:18-cv-02861 |
| | ) | Honorable Andrea R. Wood |
| SUBURBAN EXPRESS, INC., et al, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTIONS

PLEASE BE ADVISED that on November 21, 2019, at 9:00 a.m., or as soon thereafter as I may be heard, I shall appear in person before the Honorable Andrea R. Wood or any judge sitting in her stead, in Courtroom 1925, at the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there present (1) Defendant Toeppen's Motion to Amend Consent Decree and (2) Defendant Toeppen's Motion for Monetary Compensation, both filed previously with the Court and served upon Plaintiff via email.

DENNIS TOEPPEN, individually and on behalf of all Defendants,

BY: _____

## PROOF OF SERVICE

The undersigned Defendant, under penalties as provided by law pursuant to the Illinois Supreme Court Rule 12 and 735 ILCS 5/1-109, certify that I filed **Notice of Motions** with the United States District Court 18th of November, 2019 and provided copies to Plaintiff at notice email address specified in Consent Decree, which I believe results in distribution to:

Jeffrey J. Vandam
Office of the Attorney General of Illinois
Assistant Attorney General, Civil Rights Bureau
100 W. Randolph, 11th Floor
Chicago, IL 60601

Alison V. Hill
Office of the Illinois Attorney General
100 W. Randolph
Chicago, IL 60601

Elizabeth Mary Hady
Illinois Attorney General's Office
100 W. Randolph, 11th Floor
Chicago, IL 60601

Jeanne Marie Witherspoon
Illinois Attorney General's Office
100 W. Randolph
Chicago, IL 60601

Matthew Vincent Chimienti
Illinois Attorney General
100 W. Randolph Street, 11th Floor
Chicago, IL 60601

Thomas John Verticchio
Office of the Attorney General of Illinois
100 W. Randolph
Chicago, IL 60601

BY: *[signature]*

11/18/19