UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Lisa Madigan

                                        Plaintiff,

v.                                                               Case No.: 1:18−cv−02861
                                                                                  Honorable Andrea R. Wood

Suburban Express, Inc., et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 21, 2019:

      MINUTE entry before the Honorable Andrea R. Wood: Motion and Status hearing held. Counsel for Plaintiff appeared and Defendant Dennis Toeppen appeared pro se. Defendant's motion for monetary compensation [133] is voluntarily withdrawn. For the reasons stated on the record, Defendant's motion to amend to consent decree [134] is denied. Pursuant to the discussion held in open court, Defendant shall attend the first annual training require by paragraph 5 of the Consent Decree [95] by 4/9/2020. Status hearing set for 1/28/2020 at 9:30 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.